## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIPEFITTERS LOCAL 357 ANNUITY FUND, on Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST CORPORATION, TED T. CECALA, DONALD E. FOLEY, DAVID R. GIBSON, ROBERT V.A. HARRA, JR. and KEVYN N. RAKOWSKI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 10-00990 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[Captions Continued On Next Page]

**KORNITZER CAPITAL MANAGEMENT, INC.'S WITHDRAWAL OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF COUNSEL**

Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: jjfarnan@farnanlaw.com
         bfarnan@farnanlaw.com

Dated: February 11, 2011

Counsel for Movant

[Additional counsel listed on signature block]

| | |
|---|---|
| TIMOTHY ROONEY, Individually And On Behalf Of All Others Similarly Situated, ) ) | |
| Plaintiff, ) | Civil Action No. 10-00995 (LPS) |
| v. ) | |
| WILMINGTON TRUST CORPORATION, TED T. CECALA, DONALD E. FOLEY, DAVID REED GIBSON and ROBERT V.A. HARRA, JR., ) ) ) | |
| Defendants. ) | |

TIMOTHY ROONEY, Individually And On Behalf )
Of All Others Similarly Situated, )
 )
 )
                              Plaintiff, )        Civil Action No. 10-00995 (LPS)
 )
       v.                                )
 )
WILMINGTON TRUST CORPORATION, )
TED T. CECALA, DONALD E. FOLEY, DAVID )
REED GIBSON and ROBERT V.A. HARRA, JR., )
 )
                              Defendants. )

MOHAMMED ELZAGHA, Individually and On )
Behalf Of All Others Similarly Situated, )
 )
 )
                              Plaintiff, )        Civil Action No. 10-01020 (LPS)
 )
       v.                                )
 )
WILMINGTON TRUST CORPORATION, )
TED T. CECALA, ROBERT V.A. HARRA, JR., )
DAVID R. GIBSON, KEVYN N. RAKOWSKI, )
DONALD E. FOLEY, CAROLYN S. BURGER, )
R. KEITH ELLIOTT, LOUIS J. FREEH, GAILEN )
KRUG, REX L. MEARS, STACEY J. MOBLEY, )
MICHELE M. ROLLINS, OLIVER R. )
SOCKWELL, ROBERT W. TUNNELL, JR., )
SUSAN D. WHITING, J.P. MORGAN )
SECURITIES and KEEFE, BRUYETTE & )
WOODS, INC., )
 )
                              Defendants. )

-2-

|  |  |
|---|---|
| VINCENT LYNCH, On Behalf Of Himself And<br>All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>WILMINGTON TRUST CORPORATION,<br>TED T. CECALA, DONALD E. FOLEY, DAVID<br>R. GIBSON, KEVYN N. RAKOWSKI, and<br>ROBERT V.A. HARRA, JR.,<br><br>                        Defendants. | Civil Action No. 10-01086 (LPS) |

Movant, Kornitzer Capital Management, Inc. ("KCM"), hereby respectfully withdraws its January 18, 2011 Motion for Consolidation, for Appointment as Lead Plaintiff, and for Approval of its Selection of Lead and Liaison Counsel [D.I. 8] (the "Motion"). As a result of an administrative error, the Certification submitted by KCM in support of its Motion inadvertently failed to record sales of Wilmington Trust Corporation common stock made during the applicable time period (and the resulting proceeds). As a consequence, KCM acknowledges that it does not have a loss larger than that of the Institutional Investor Group, the remaining competing movant for lead plaintiff.

Moreover, based upon the assurances of its counsel, and as evidenced by the Institutional Investor Group's joint declarations, KCM recognizes that the Institutional Investor Group is not "lawyer-driven," but rather is properly organized and functioning appropriately as a group. Accordingly, KCM affirmatively supports the Institutional Investor Group for appointment as lead plaintiff in this action.

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Joseph J. Farnan, III (Del. Bar No. 3945)
Brian E. Farnan (Del. Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: jjfarnan@farnanlaw.com
          bfarnan@farnanlaw.com

Counsel for Movant

OF COUNSEL:

John M. Edgar
John F. Edgar
EDGAR LAW FIRM, LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: jme@edgarlawfirm.com
          jfe@edgarlawfirm.com

James E. Miller
Patrick A. Klingman
Karen M. Leser-Grenon
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
          pklingman@sfmslaw.com
          kleser@sfmslaw.com

Scott R. Shepherd
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA  19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: sshepherd@sfmslaw.com
         nfinkelman@sfmslaw.com

Lesley E. Weaver
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
199 Fremont Street, 20th Floor
San Francisco, CA  94105-2255
Telephone: (415) 992-7282
Facsimile: (415) 489-7701
Email: lweaver@sfmslaw.com

Date: February 11, 2011