## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| PIPEFITTERS LOCAL 537 ANNUITY FUND, On Behalf of Themselves And All Others Similarly Situated, | No. 10-cv-00990-LPS |
| | (Securities Class Action) |
| Plaintiff, | Hon. Leonard P. Stark |
| v. | |
| WILMINGTON TRUST CORPORATION, TED T. CECALA, DONALD E. FOLEY, DAVID R. GIBSON, ROBERT V.A. HARRA JR., and KEVYN N. RAKOWSKI | |
| Defendants. | |
| TIMOTHY ROONEY, Individually And On Behalf of All Others Similarly Situated, | No. 10-cv-00995-LPS |
| Plaintiff, | |
| v. | (Securities Class Action) |
| WILMINGTON TRUST CORPORATION, TED T. CECALA, DONALD E. FOLEY, DAVID REED GIBSON and ROBERT V.A. HARRA, JR., | Hon. Leonard P. Stark |
| Defendants. | |

(caption continued on subsequent page)

**[PROPOSED] ORDER APPOINTING THE INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

| | |
|---|---|
| MOHAMMED ELZAGHA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST CORPORATION, TED T. CECALA, ROBERT V.A. HARRA, JR., DAVID R. GIBSON, KEVYN N. RAKOWSKI, DONALD E. FOLEY, CAROLYN S. BURGER, R. KEITH ELLIOTT, LOUIS J. FREEH, GAILEN KRUG, REX L. MEARS, STACEY J. MOBLEY, MICHELE M. ROLLINS, OLIVER R. SOCKWELL, ROBERT W. TUNNELL, JR., SUSAN D. WHITING, J.P. MORGAN SECURITIES and KEEFE, BRUYETTE & WOODS, INC.,<br><br>Defendants. | No. 10-cv-01020-LPS<br><br>(Securities Class Action)<br><br>Hon. Leonard P. Stark |

Upon consideration of (1) the Motion of the Merced County Employees' Retirement Association, the Coral Springs Police Pension Fund, the St. Petersburg Firefighters' Retirement System, the Pompano Beach General Employees Retirement System, and the Automotive Industries Pension Trust Fund (collectively the "Institutional Investor Group") for appointment as Lead Plaintiff, approval of its selection of Co-Lead Counsel, and consolidation of all related actions; (2) the Brief in support thereof; (3) the Declaration of A. Zachary Naylor; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

    1. The Institutional Investor Group's Motion is **GRANTED**;

    2. The Institutional Investor Group is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B) as amended by the

Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related securities class actions consolidated pursuant to paragraph 4 of this Order.

3. The Institutional Investor Group's selection of Co-Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A. are **APPOINTED** as Co-Lead Counsel for the Class.

4. Pursuant to Fed. R. Civ. P. 42(a), the above-captioned actions, and any other actions previously or subsequently filed, removed or transferred that are brought on behalf of purchasers of common stock of Wilmington Trust Corporation and related to the claims asserted in these actions, are **CONSOLIDATED** for all purposes.

5. This action shall be captioned "*In re Wilmington Trust Securities Litigation*" and the file shall be maintained under Master File No. 10-CV-00990-LPS. All papers shall be filed in C.A. No. 10-990-LPS.

6. Within fourteen (14) days of the entry of this Order, the parties will submit a proposed schedule for the filing of a consolidated complaint and for any responses thereto.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE