**UNITED STATES DISTRICT COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-00990-LPS<br>(Consolidated Securities Class Action)<br>Hon. Leonard P. Stark<br>ELECTRONICALLY FILED |
| This document relates to: ALL ACTIONS | |

**ORDER APPROVING JOINT MOTION TO ESTABLISH A SCHEDULE FOR FILING THE CONSOLIDATED AMENDED COMPLAINT AND RESPONSES**

Upon consideration of the parties' Joint Motion to Establish a Schedule for Filing the Consolidated Amended Complaint and Responses, the Court **GRANTS** the motion.

**IT IS ORDERED:**

a. Lead Plaintiff shall have until May 16, 2011 in which to file a consolidated amended complaint;

b. Defendants shall have until July 27, 2011 to move, answer, or otherwise respond to the amended complaint;

c. Lead Plaintiff shall have until September 12, 2011 to oppose such motion;

d. Defendants shall have until October 27, 2011 to file a reply to such opposition.

LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

Dated March 22, 2011