**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) | Master File No. 10-cv-00990-LPS |
| | ) | (Securities Class Action) |
| | ) | Hon. Leonard P. Stark |
| This document relates to: ALL ACTIONS | ) | ELECTRONICALLY FILED |

**UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants J.P. Morgan Securities LLP and Keefe, Bruyette & Woods, Inc. (the "Underwriter Defendants") hereby move this Court to dismiss the Securities Act claims of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. This motion is based upon the accompanying Underwriter Defendants' Brief in Support of Their Motion to Dismiss the Complaint, the Declaration of David F.E. Tejtel submitted therewith, and any such additional matter as may be presented to the Court in conjunction with the hearing on this motion.

Dated: July 27, 2011

By: */s/ Stephen C. Norman*
Stephen C. Norman (I.D. # 2686)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com

OF COUNSEL:

Thomas C. Rice (*pro hac vice*)
David F.E. Tejtel (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017
(212) 455-2000
trice@stblaw.com
dtejtel@stblaw.com

*Attorneys for Defendants J.P. Morgan Securities and Keefe, Bruyette & Woods, LLP*

1021799

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Stephen C. Norman, hereby certify that, on July 27, 2011, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF.

I further certify that on July 27, 2011, the attached document was Electronically Mailed to the following person(s):

**BY CM/ECF AND EMAIL**

Pamela S. Tikellis
A. Zachary Naylor
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*/s/ Stephen C. Norman*

Stephen C. Norman (#2686)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com

1021799