IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-00990-LPS<br>(Securities Class Action)<br>Hon. Leonard P. Stark |

# MOTION TO DISMISS ALL CLAIMS AGAINST THOMAS L. DUPONT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the Memorandum of Points and Authorities and the Appendix filed contemporaneously herewith, Defendant Thomas L. duPont respectfully moves the Court to dismiss with prejudice the claims asserted against him in Plaintiffs' Consolidated Securities Class Action Complaint.[1]

1 Mr. duPont also joins in the arguments raised in the Wilmington Trust Defendants' Motion to Dismiss as an additional basis for dismissing the claims asserted against him.

Respectfully submitted,

Dated: July 27, 2011

VENABLE LLP
J. Douglas Baldridge (*pro hac* admission pending)
George Kostolampros (*pro hac* admission pending)
575 7th Street, NW
Washington, DC 20004

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Curtis A. Hehn
Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
chehn@pszjlaw.com

*Counsel to Thomas duPont*