# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION | ) Master File No. 10-cv-00990-SLR )<br>) (Consolidated Securities Class Action)<br>)<br>) ECF Case |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(c) and the attached certification, counsel moves for the admission *pro hac vice* of Peter J. Dennin, of the law firm Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022, to represent defendant KPMG LLP in this matter.

Dated: August 5, 2011

HOGAN LOVELLS US LLP

    /s/ Virginia A. Gibson
Virginia A. Gibson (No. 3699)
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Tel: (267) 675-4635
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

*Counsel for Defendant KPMG LLP*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: August __, 2011

                              United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Peter J. Dennin, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 5, 2011

Peter J. Dennin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: peter.dennin@hoganlovells.com