## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : | Master File No. 10-CV-00990-SLR |
|  | : |  |
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : | (Securities Class Action) |
|  | : |  |
|  | : | Hon. Sue L. Robinson |
|  | : |  |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
|  | : |  |
|  | : | Oral Argument Requested |

### STIPULATION AND PROPOSED ORDER EXTENDING WT DEFENDANTS' RESPONSE TIME

WHEREAS, by Order dated March 22, 2011, the reply of Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis Freeh (the "WT Defendants") in support of their motion to dismiss the Consolidated Amended Complaint is currently due October 27, 2011;

WHEREAS, medical issues affecting counsel for the WT Defendants have caused the WT Defendants to request the consent of Lead Plaintiffs to an extension of time to file the reply;

WHEREAS, Lead Plaintiffs have consented to the extension;

IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and the WT Defendants, subject to the approval of the Court, as follows:

1.  The date by which WT Defendants shall file their reply brief in further support of their motion to dismiss the Consolidated Amended Complaint shall be extended to and including November 4, 2011.

Respectfully submitted,

| | |
|---|---|
| */s/ A. Zachary Naylor* | */s/ Robert S. Saunders* |
| Pamela S. Tikellis (ID No. 2172) | Thomas J. Allingham II (ID No. 476) |
| A. Zachary Naylor (ID No. 4439) | Robert S. Saunders (ID No. 3027) |
| CHIMICLES & TIKELLIS LLP | SKADDEN, ARPS, SLATE, |
| 222 Delaware Ave., 11th Floor |   MEAGHER & FLOM LLP |
| P.O. Box 1035 | One Rodney Square |
| Wilmington, Delaware 19899-1035 | P.O. Box 636 |
| Telephone: (302) 656-2500 | Wilmington, Delaware 19899 |
| Facsimile: (302) 656-9053 | Telephone: (302) 651-3000 |
| PamelaTikellis@chimicles.com | Facsimile: (302) 651-3001 |
| ZN@chimicles.com | Thomas.Allingham@skadden.com |
| | Rob.Saunders@skadden.com |

*Attorneys for Merced County Employees' Retirement Association, Coral Springs Police Pension Fund, St. Petersburg Firefighters' Retirement System, Pompano Beach General Employees Retirement System, and Automotive Industries Pension Trust Fund*

*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis Freeh*

DATED: October 25, 2011

SO ORDERED this __ day of October, 2011

_____
Judge Sue L. Robinson

668576-Wilmington Server 1A - MSW