## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

IN RE WILMINGTON TRUST SECURITIES
LITIGATION

This document relates to: ALL ACTIONS

-----------------------------------------------------------------x

Master File No. 10-cv-00990-SLR

(Securities Class Action)

Hon. Sue L. Robinson

ELECTRONICALLY FILED

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant J.P. Morgan Securities LLC hereby certifies that J.P. Morgan Securities

LLC is a wholly-owned subsidiary of JPMorgan Broker-Dealer Holdings Inc., which, in turn, is a

wholly-owned subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly-held

company that has no parent company, and no publicly-held corporation owns 10% or more of its

stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas C. Rice (*pro hac vice*)
David F.E. Tejtel (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017
(212) 455-2000
trice@stblaw.com
dtejtel@stblaw.com

Dated: October 27, 2011
1032967

By:   */s/ Stephen C. Norman*
      Stephen C. Norman (I.D. # 2686)
      1313 North Market Street, 6th Floor
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE  19899
      (302) 984-6000
      snorman@potteranderson.com
*Attorneys for Defendants J.P. Morgan
Securities LLC and Keefe, Bruyette & Woods,
Inc.*

## IN THE UNITED STATE*S DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Stephen C. Norman, hereby certify that, on October 27, 2011, the within document

was electronically filed with the Clerk of the Court using CM-ECF which will send notification

of such filing to the following; that the document was served on the following counsel as

indicated; and the document is available for viewing and downloading from CM-ECF:

Pamela S. Tikellis, Esquire
A. Zachary Naylor, Esquire
Robert J. Kriner, Jr., Esquire
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
*Counsel for Plaintiff Timothy Rooney*

Norman M. Monhait, Esquire
Peter Bradford deLeeuw, Esquire
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Counsel for Plaintiff Pipefitters Local 537
Annuity Fund and Plaintiff Mohammed
Elzagha*

Brian Michael Gottesman, Esquire
Berger Harris, LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
(302) 658-9141
*Counsel for Movants FMA Advisory, Inc. and
Keith Cordrey*

Christine S. Azar, Esquire
Labaton Sucharow LLP
300 Delaware Avenue, Suite 1225
Wilmington, DE 19801
(302) 573-2530
*Counsel for Movant Public Pension Funds*

Brian E. Farnan, Esquire
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
*Counsel for Movant Kornitzer Capital
Management, Inc.*

    /s/ Stephen C. Norman
Stephen C. Norman (#2686)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com