UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION ) ) ) ) ) This document relates to: ALL ACTIONS ) ) | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>JURY TRIAL DEMANDED |

**REQUEST FOR ORAL ARGUMENT**

Defendant William B. North hereby respectfully requests, pursuant to D.Del.L.R. 7.1.4, oral argument on his Motion to Dismiss for Failure to State a Claim (D.I. # 61).

        Respectfully submitted,

        WILKS, LUKOFF & BRACEGIRDLE, LLC

        */s/ David E. Wilks*
        David E. Wilks (No. 2793)
        Andrea S. Brooks (No. 5064)
        1300 N. Grant Avenue, Suite 100
        Wilmington, DE 19806
        Telephone: (302) 225-0850

        *Attorneys for William B. North*

Dated: November 3, 2011