**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | : | Master File No. 10-CV-00990-SLR |
|  | : |  |
| IN RE WILMINGTON TRUST | : | (Securities Class Action) |
| SECURITIES LITIGATION | : |  |
|  | : | Hon. Sue L. Robinson |
|  | : |  |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
|  | : |  |
|  | : | Oral Argument Requested |

**DEFENDANT WILMINGTON TRUST CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wilmington Trust Corporation makes the following corporate disclosure statement:

Wilmington Trust Corporation ("Wilmington Trust") is a corporation incorporated under the laws of Delaware. It is a wholly-owned subsidiary of M&T Bank Corporation, a publicly held corporation incorporated under the laws of Delaware.

/s/ Robert S. Saunders
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Telephone:  (302) 651-3000
Facsimile:   (302) 651-3001
thomas.allingham@skadden.com
rob.saunders@skadden.com

*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh*

DATED:     November 4, 2011

2