IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE WILMINGTON TRUST | ) | Master Civ. No. 10-990 |
| SECURITIES LITIGATION | ) | (Consolidated Securities Class Action) |
| | ) | |

**ORDER**

At Wilmington this 29th day of March, 2012, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motions to dismiss plaintiffs' consolidated complaint are granted, without prejudice. (D.I. 49, 50, 52, 58 and 61)

2. Plaintiffs' request for leave to file an amended complaint is granted. (D.I. 66 at pg. 84, n.66) Plaintiffs have until **April 30, 2012** to file their amended complaint. Failure to comply with this order shall result in dismissal of the case.

_____
United States District Judge