UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue L. Robinson |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the Merced County Employees' Retirement Association, the Coral Springs Police Pension Fund, the St. Petersburg Firefighters' Retirement System, the Pompano Beach General Employees Retirement System, and the Automotive Industries Pension Trust Fund ("Lead Plaintiffs") and Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, Louis J. Freeh, Thomas L. duPont, KPMG LLP, J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc. (the "Defendants"), as follows:

WHEREAS on March 29, 2012, this Court ordered Lead Plaintiffs to file an amended complaint by April 30, 2012 (DI No. 86);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responses to the amended complaint are due 14 days after the filing of the amended complaint;

WHEREAS, certain of the parties have initiated discussions regarding possible resolution of this matter through mediation;

1

WHEREAS, the parties have agreed to a ten-day extension of Lead Plaintiffs' deadline for filing an amended complaint;

WHEREAS, the parties expect that after an amended complaint is filed they will continue to discuss possible resolution of the matter through mediation, the schedule for any mediation, and the schedule for further proceedings if mediation is unsuccessful, and wish to provide an interim extension of time for Defendants to respond to the amended complaint in order to allow those scheduling discussions to take place; and

WHEREAS, the parties expect to negotiate and submit a further scheduling stipulation after the amended complaint is filed and mediation, if any, is scheduled;

THEREFORE, the parties hereby stipulate and agree, subject to approval of the Court, that:

1.  The deadline for Lead Plaintiffs to file an amended complaint is extended to May 10, 2012.

2.  Defendants shall respond to the amended complaint on or before July 9, 2012, subject to further order of the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Tiffany J. Cramer* | */s/ Robert S. Saunders* |
| Pamela S. Tikellis (Bar No. 2172) | Thomas J. Allingham II (Bar No. 476) |
| A. Zachary Naylor (Bar No. 4439) | Robert S. Saunders (Bar No. 3027) |
| Tiffany J. Cramer (Bar No. 4998) | SKADDEN, ARPS, SLATE, |
| CHIMICLES & TIKELLIS LLP | MEAGHER & FLOM LLP |
| 222 Delaware Avenue, 11th Floor | One Rodney Square |
| P.O. Box 1035 | P.O. Box 636 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899-0636 |
| Phone: (302) 656-2500 | Telephone: (302) 651-3000 |
| Fax: (302) 656-9053 | Facsimile: (302) 651-3001 |
| | thomas.allingham@skadden.com |
| *Liaison Counsel for the Class* | rob.saunders@skadden.com |

*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh*

| | |
|---|---|
| */s/ Virginia A. Gibson* | */s/ Stephen C. Norman* |
| Virginia A. Gibson (Bar No. 3699) | Stephen C. Norman (Bar No. 2686) |
| HOGAN LOVELLS US LLP | POTTER ANDERSON & CORROON LLP |
| 1835 Market Street, 29th Floor | 1313 North Market Street, 6th Floor |
| Philadelphia, PA 19103 | Hercules Plaza |
| Tel: (267) 675-4635 | P.O. Box 951 |
| Fax: (267) 675-4601 | Wilmington, DE 19899 |
| Email: virginia.gibson@hoganlovells.com | (302) 984-6000 |
| | snorman@potteranderson.com |
| *Counsel for Defendant KPMG LLP* | |

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

| | |
|---|---|
| */s/ Curtis A. Hehn* | */s/ David E. Wilks* |
| Laura Davis Jones (Bar No. 2436) | David E. Wilks (Bar No. 2793) |
| Curtis A. Hehn (Bar No. 4264) | Andrea S. Brooks (Bar No. 5064) |
| PACHULSKI STANG ZIEHL & JONES LLP | WILKS, LUKOFF & BRACEGIRDLE, LLC |
| 919 N. Market Street, 17th Floor | 1300 N. Grant Avenue, Suite 100 |
| P.O. Box 8705 | Wilmington, DE 19806 |
| Wilmington, DE 19899-8705 (Courier 19801) | Telephone: (302) 225-0850 |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | *Attorneys for William B. North* |
| Email: ljones@pszjlaw.com | |
| chehn@pszjlaw.com | |

*Counsel to Thomas L. duPont*

Dated: April 27, 2012

**SO ORDERED** this ___ day of April, 2012

_____
Honorable Sue L. Robinson
United States District Judge