# APPENDIX A

# Merced County Employees' Retirement Association

# Certification

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Maria L. Arevalo, on behalf of Merced County Employees' Retirement Association ("MCERA") hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Plan Administrator of MCERA. I have reviewed a complaint filed in this matter. MCERA has authorized the filing of this complaint.

2. MCERA did not purchase Wilmington Trust Corporation common stock at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. MCERA is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. MCERA's transactions in Wilmington Trust Corporation common stock are set forth in the chart attached hereto.

5. MCERA has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. MCERA will not accept any payment for serving as a representative party on behalf of the Class beyond MCERA's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⧸⧸ day of May, 2011.

_____
Maria L. Arevalo
Plan Administrator
*Merced County Employees' Retirement*
*Association*

**Merced County Employees' Retirement Association
Transactions in Wilmington Trust Corporation (WL)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/1/2010 | 5,200 | 11.1183 |
| Purchase | 7/1/2010 | 1,900 | 11.0971 |
| Purchase | 7/2/2010 | 7,000 | 11.2493 |
| Purchase | 7/2/2010 | 200 | 11.2750 |
| Purchase | 7/2/2010 | 9,100 | 11.2291 |
| Purchase | 7/6/2010 | 3,500 | 11.7203 |
| Purchase | 7/6/2010 | 3,100 | 11.7483 |
| Purchase | 7/16/2010 | 700 | 11.3970 |
| Purchase | 7/16/2010 | 1,300 | 11.3997 |
| Purchase | 7/28/2010 | 2,000 | 10.3280 |
| Purchase | 9/27/2010 | 3,000 | 9.0700 |
| Purchase | 9/29/2010 | 800 | 8.7250 |
| Purchase | 9/29/2010 | 2,200 | 8.8948 |
| Purchase | 10/6/2010 | 5,000 | 7.7868 |
| Purchase | 10/7/2010 | 5,000 | 7.6579 |

# Coral Springs Police Pension Fund

# Certification

05/16/2011 09:56 FAX  5813930446          UBS Financial Svc Inc                    ☑002/003

## CERTIFICATION OF CORAL SPRINGS POLICE PENSION FUND

I, Robert A. Feigenbaum, Chairman, on behalf of the Coral Springs Police Pension Fund ("Fund"), certify that:

1. I am authorized by the Board of Trustees of the Fund to execute this Certification.

2. I have reviewed the Consolidated Securities Class Action Complaint and I authorize to file this complaint.

3. The Fund did not acquire the security that is the subject of this action at the direction of counsel, or in order to participate in this private action, or any other litigation under the federal securities laws.

4. The Fund is willing to serve as a Lead Plaintiff or Class Representative, either individually or as part of a group. The Fund understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

5. The Fund will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6. The Fund understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by the Fund's decision to serve as a representative party or Lead Plaintiff.

7. Listed below are all the transactions in the securities of Wilmington Trust Corporation in the class period:

### SEE ATTACHED SCHEDULE A

8. The Fund has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _16_ day of May 2011.

Robert A. Feigenbaum, Chairman

SCHEDULE A TO CERTIFICATION OF CORAL SPRINGS POLICE PENSION FUND
WILMINGTON TRUST CORPORATION

| PURCHASES: | | | SALES: | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SHARE | DATE | SHARES | PRICE/SHARE |
| 03/05/2008 | 2,825 | $30.55 | 09/15/2008 | 2,600 | $25.75 |
| 03/06/2008 | 2,825 | $29.99 | 10/10/2008 | 500 | $26.08 |
| 03/07/2008 | 2,750 | $29.78 | 10/13/2008 | 950 | $26.13 |
| 05/15/2008 | 550 | $34.49 | 10/14/2008 | 4,850 | $27.87 |
| 05/16/2008 | 1,000 | $34.37 | | | |
| 05/19/2008 | 825 | $34.75 | | | |
| 06/04/2008 | 3,750 | $32.36 | | | |
| 07/03/2008 | 2,775 | $24.93 | | | |
| 07/15/2008 | 1,950 | $22.18 | | | |
| 08/19/2008 | 2,675 | $22.89 | | | |
| 08/20/2008 | 500 | $22.87 | | | |
| 08/21/2008 | 250 | $22.75 | | | |
| 08/25/2008 | 1,100 | $22.38 | | | |
| 08/26/2008 | 1,500 | $22.01 | | | |
| 08/20/2009 | 250 | $11.53 | | | |
| 08/27/2009 | 2,110 | $13.54 | | | |
| 09/01/2009 | 2,200 | $13.42 | | | |
| 09/04/2009 | 3,400 | $12.98 | | | |
| 09/29/2009 | 1,410 | $13.99 | | | |
| 09/30/2009 | 250 | $14.00 | | | |
| 10/01/2009 | 3,040 | $13.78 | | | |
| 10/02/2009 | 1,450 | $13.38 | | | |
| 10/30/2009 | 3,425 | $12.49 | | | |
| 12/17/2009 | 1,055 | $12.00 | | | |
| 01/11/2010 | 1,225 | $13.67 | | | |
| 01/12/2010 | 1,025 | $13.44 | | | |
| 02/23/2010 | 3,230 | $13.25 | | | |
| 05/26/2010 | 1,580 | $15.54 | | | |
| 07/16/2010 | 560 | $11.62 | | | |

# St. Petersburg Firefighters' Retirement System

# Certification

CERTIFICATION OF THE ST. PETERSBURG FIREFIGHTERS' RETIREMENT SYSTEM

I, Alan Rosetti, on behalf of the St. Petersburg Firefighters' Retirement System ("Retirement System") certify that:

1. I am authorized by the Board of Trustees of the Retirement System to execute this Certification.

2. I have reviewed the Consolidated Securities Class Action Complaint and I authorize Counsel to file this complaint.

3. The Retirement System did not acquire the security that is the subject of this action at the direction of counsel, or in order to participate in this private action, or any other litigation under the federal securities laws.

4. The Retirement System is willing to serve as a Lead Plaintiff, either individually or as part of a group. The Retirement System understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

5. The Retirement System will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6. The Retirement System understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by the Retirement System's decision to serve as a representative party or Lead Plaintiff.

7. I have listed below all the transactions in the securities of Wilmington Trust Corporation in the class period, as provided by the Retirement System's custodian bank:

## SEE ATTACHED SCHEDULE A

8. During the three years prior to the date of this Certification, the Retirement System has not sought or served as a representative party for a class in an action filed under the Private Securities Litigation Reform Act.

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this / 2 day of May, 2011.

Alan Rosetti, Chairman

SCHEDULE A TO CERTIFICATION OF ST. PETERSBURG FIREFIGHTERS RETIREMENT SYSTEM
WILMINGTON TRUST CORPORATION

PURCHASES:

| DATE | SHARES | PRICE/SHARE |
|------|--------|-------------|
| 3/5/2008 | 1,525 | $30.55 |
| 3/6/2008 | 1,525 | $29.99 |
| 3/7/2008 | 1,475 | $29.78 |
| 5/15/2008 | 300 | $34.49 |
| 5/16/2008 | 525 | $34.37 |
| 5/19/2008 | 425 | $34.75 |
| 6/4/2008 | 2,075 | $32.36 |
| 7/3/2008 | 1,500 | $24.93 |
| 7/15/2008 | 1,050 | $22.18 |
| 8/19/2008 | 1,425 | $22.89 |
| 8/21/2008 | 425 | $22.75 |
| 8/25/2008 | 600 | $22.38 |
| 8/26/2008 | 800 | $22.01 |
| 5/22/2009 | 1,150 | $13.65 |
| 8/27/2009 | 1,210 | $13.54 |
| 8/31/2009 | 1,115 | $14.02 |
| 9/1/2009 | 1,450 | $13.42 |
| 9/4/2009 | 2,225 | $12.98 |
| 9/29/2009 | 920 | $13.99 |
| 10/1/2009 | 2,060 | $13.78 |
| 10/2/2009 | 975 | $13.38 |
| 10/30/2009 | 2,250 | $12.49 |
| 12/17/2009 | 685 | $12.00 |
| 1/11/2010 | 790 | $13.67 |
| 1/12/2010 | 675 | $13.44 |
| 2/23/2010 | 2,100 | $13.25 |
| 5/26/2010 | 1,100 | $15.54 |

SALES:

| DATE | SHARES | PRICE/SHARE |
|------|--------|-------------|
| 9/15/2008 | 1,500 | $25.75 |
| 10/10/2008 | 250 | $26.08 |
| 10/13/2008 | 500 | $26.13 |
| 10/14/2008 | 2,575 | $27.87 |

# Pompano Beach General Employees Retirement System Certification

## CERTIFICATION OF POMPANO BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM

I,  Reginald W. Watkins, on behalf of the Pompano Beach General Employees Retirement System ("Retirement System") certify that:

1.  I am authorized by the Board of Trustees of the Retirement System to execute this Certification.

2.  I have reviewed the Consolidated Securities Class Action Complaint and I authorize Counsel to file this complaint

3.  The Retirement System did not acquire the security that is the subject of this action at the direction of counsel, or in order to participate in this private action, or any other litigation under the federal securities laws.

4.  The Retirement System is willing to serve as a Lead Plaintiff or Class Representative, either individually or as part of a group.  The Retirement System understands that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

5.  The Retirement System will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6.  The Retirement System understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by the Retirement System's decision to serve as a representative party or Lead Plaintiff.

7.  I have listed below all the transactions in the securities of Wilmington Trust Corporation in the class period:

### SEE ATTACHED SCHEDULE A

8.   During the three years prior to the date of this Certification, the Retirement System has not sought to serve or served as a representative party for a class in an action filed under the Private Securities Litigation Reform except as follows:

*Synovus Financial Corp.*, NDGA, Case No.: 09-1811, (July 6, 2009)(named plaintiff).

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this *13* day of May, 2011.

Reginald W. Watkins

SCHEDULE A TO CERTIFICATION OF POMPANO BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM
WILMINGTON TRUST CORPORATION

| **PURCHASES:** | | | | **SALES:** | | |
|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE/SHARE** | | **DATE** | **SHARES** | **PRICE/SHARE** |
| 3/5/2008 | 1,050 | $30.58 | | 9/15/2008 | 1,050 | $25.70 |
| 3/6/2008 | 1,050 | $30.02 | | 9/19/2008 | 100 | $42.49 |
| 3/7/2008 | 1,050 | $29.81 | | 10/10/2008 | 250 | $26.03 |
| 3/24/2008 | 1,700 | $32.46 | | 10/13/2008 | 325 | $26.08 |
| 5/15/2008 | 225 | $34.50 | | 10/14/2008 | 1,750 | $27.81 |
| 5/16/2008 | 375 | $34.38 | | 10/20/2008 | 500 | $27.84 |
| 5/19/2008 | 300 | $34.76 | | 10/21/2008 | 400 | $27.20 |
| 6/4/2008 | 1,425 | $32.41 | | 11/6/2008 | 1,400 | $25.54 |
| 7/3/2008 | 1,050 | $24.98 | | 11/12/2008 | 200 | $24.59 |
| 7/15/2008 | 725 | $22.19 | | 11/14/2008 | 1,300 | $24.72 |
| 8/5/2008 | 600 | $24.38 | | 11/19/2008 | 725 | $21.93 |
| 8/6/2008 | 500 | $25.16 | | 11/19/2008 | 75 | $21.93 |
| 8/7/2008 | 300 | $25.80 | | 1/21/2009 | 400 | $15.48 |
| 8/19/2008 | 1,000 | $22.94 | | 2/24/2010 | 500 | $14.37 |
| 8/20/2008 | 700 | $23.02 | | 4/22/2010 | 300 | $19.68 |
| 8/21/2008 | 300 | $22.77 | | 7/12/2010 | 700 | $12.03 |
| 8/25/2008 | 425 | $22.39 | | | | |
| 8/26/2008 | 550 | $22.03 | | | | |
| 8/29/2008 | 300 | $23.43 | | | | |
| 9/2/2008 | 200 | $24.53 | | | | |
| 8/27/2009 | 800 | $13.59 | | | | |
| 9/1/2009 | 825 | $13.43 | | | | |
| 9/4/2009 | 1,275 | $13.03 | | | | |
| 9/29/2009 | 520 | $14.02 | | | | |
| 10/1/2009 | 1,180 | $13.83 | | | | |
| 10/2/2009 | 575 | $13.43 | | | | |
| 10/30/2009 | 1,275 | $12.54 | | | | |
| 12/17/2009 | 395 | $12.03 | | | | |
| 1/11/2010 | 460 | $13.70 | | | | |
| 1/12/2010 | 400 | $13.47 | | | | |
| **2/23/2010** | **1,200** | **$13.25** | | | | |
| 5/26/2010 | 660 | $15.55 | | | | |

# Automotive Industries Pension Trust Fund

# Certification

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Bill Brunelli, on behalf of Automotive Industries Pension Trust Fund ("Automotive Industries"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Automotive Industries. I have reviewed a complaint filed in this matter. Automotive Industries has authorized the filing of this complaint.

2. Automotive Industries did not purchase Wilmington Trust Corporation common stock at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Automotive Industries is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Automotive Industries' transactions in Wilmington Trust Corporation common stock are set forth in the chart attached hereto.

5. Automotive Industries has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *City of Roseville Employees' Retirement System v. Textron Inc. et al.,*
    Case No. 09-cv-367 (D.R.I.)

6. Automotive Industries will not accept any payment for serving as a representative party on behalf of the Class beyond Automotive Industries' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _13_ day of May, 2011.

Bill Brunelli
Chairman
*Automotive Industries Pension Trust Fund*

**Automotive Industries Pension Trust Fund**
**Transactions in Wilmington Trust Corporation (WL)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/5/2008 | 2,450 | 30.5520 |
| Purchase | 3/6/2008 | 2,450 | 29.9860 |
| Purchase | 3/7/2008 | 2,400 | 29.7840 |
| Purchase | 5/15/2008 | 500 | 34.4860 |
| Purchase | 5/16/2008 | 875 | 34.3670 |
| Purchase | 5/19/2008 | 700 | 34.7450 |
| Purchase | 6/4/2008 | 3,300 | 32.3610 |
| Purchase | 7/3/2008 | 2,450 | 24.9250 |
| Purchase | 7/15/2008 | 1,700 | 22.1780 |
| Purchase | 8/19/2008 | 2,300 | 22.8890 |
| Purchase | 8/20/2008 | 500 | 22.8700 |
| Purchase | 8/21/2008 | 150 | 22.7540 |
| Purchase | 8/25/2008 | 975 | 22.3760 |
| Purchase | 8/26/2008 | 1,300 | 22.0130 |
| Purchase | 8/27/2009 | 1,790 | 13.5430 |
| Purchase | 9/1/2009 | 1,875 | 13.4220 |
| Purchase | 9/4/2009 | 2,925 | 12.9840 |
| Purchase | 9/29/2009 | 1,210 | 13.9930 |
| Purchase | 9/30/2009 | 250 | 14.0000 |
| Purchase | 10/1/2009 | 2,570 | 13.7810 |
| Purchase | 10/2/2009 | 1,225 | 13.3820 |
| Purchase | 10/30/2009 | 2,950 | 12.4940 |
| Purchase | 12/17/2009 | 740 | 11.9980 |
| Purchase | 1/11/2010 | 855 | 13.6730 |
| Purchase | 1/12/2010 | 725 | 13.4410 |
| Purchase | 2/23/2010 | 2,220 | 13.2500 |
| Purchase | 5/26/2010 | 1,210 | 15.5410 |
| | | | |
| Sale | 9/15/2008 | (2,425) | 25.7500 |
| Sale | 10/10/2008 | (250) | 26.0780 |
| Sale | 10/13/2008 | (875) | 26.1260 |
| Sale | 10/14/2008 | (4,275) | 27.8620 |
| Sale | 12/9/2009 | (5,100) | 11.6140 |
| Sale | 8/19/2010 | (2,470) | 8.7980 |