# APPENDIX B

# APPENDIX B

## Confidential Witness Key

| CW | Tenure | Relevant Position(s) |
|---|---|---|
| **1** | 3/2008 – 7/2011 | Vice President, Section Manager, Commercial Loan Recovery |
| **2** | 1997 – 3/2010 | Vice President, Credit Risk Management Division |
| **3** | 4/2003 – 8/2011 | Manager, Documentation Review (June 2008 – July 2010) <br> Loan Documentation Reviewer (2004-2008) |
| **4** | 2007 – 2010 | Construction Loan Administrator / Commercial Banking Credit Policy (2009 – 2010) <br> Client Sales Representative (2007 – 2009) |
| **5** | 1/2008 – 6/2010 | Vice President, Loan Workout Group |
| **6** | 11/2002 – 4/2007 | Credit and Risk Assessment, Commercial Loan Portfolio |
| **7** | 5/2007 – 4/2009 | Paralegal |
| **8** | 1997 – 6/2008 | Director, Internal Audit |
| **9** | 2005 – 5/2011 <br> 11/1998 – 2003 | Vice President, Credit Officer, Wealth Management & Private Banking |
| **10** | 1976 – 10/2010 | Vice President, Commercial Lending |
| **11** | 2004 – 2009 | Director, Tax |