**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 10-cv-00990-SLR<br><br>(Consolidated Securities Class Action)<br><br>ECF Case |

**NOTICE OF MOTION BY KPMG LLP TO DISMISS THE SECOND AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law of KPMG LLP ("KPMG"), dated July 27, 2012, the accompanying declaration of Virginia A. Gibson, dated July 27, 2012, and the papers and pleadings filed in this action, KPMG, by its attorneys, Hogan Lovells US LLP, will move this Court before the Honorable Sue L. Robinson, at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801, Room 4124, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice the claims asserted against KPMG in the Second Amended Consolidated Securities Class Action Complaint filed in this action, and for such other relief as this Court may deem just and proper.

Dated: July 27, 2012

Respectfully submitted,

/s/ Virginia A. Gibson

Virginia A. Gibson
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Tel: (267) 675-4635
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

George A. Salter
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: george.salter@hoganlovells.com

*Counsel for Defendant KPMG LLP*