**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE WILMINGTON TRUST SECURITIES LITIGATION** | ) | Master File No. 10-cv-00990-SLR |
| | ) | (Securities Class Action) |
| | ) | Hon. Sue L. Robinson |
| | ) | ELECTRONICALLY FILED |
| | ) | JURY TRIAL DEMANDED |

**MOTION TO DISMISS**

Defendant William B. North hereby respectfully moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing all claims asserted against him in the Second Amended Consolidated Securities Class Action Complaint. The bases for Mr. North's motion are set forth in his opening brief filed contemporaneously herewith.

Respectfully submitted,

WILKS, LUKOFF & BRACEGIRDLE, LLC

*/s/ David E. Wilks*

David E. Wilks (No. 2793)
Andrea S. Brooks (No. 5064)
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
Telephone: (302) 225-0850

*Attorneys for William B. North*

Dated: July 27, 2012