**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-00990-SLR |
| | (Securities Class Action) |
| | Hon. Sue L. Robinson |
| This document relates to: ALL ACTIONS | ELECTRONICALLY FILED |

**UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT**

Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc. (the "Underwriter Defendants") hereby move this Court to dismiss the Securities Act claims of the Second Amended Consolidated Securities Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. This motion is based upon the accompanying Underwriter Defendants' Opening Brief in Support of Their Motion to Dismiss the Second Amended Consolidated Securities Class Action Complaint, the Declaration of David F.E. Tejtel submitted therewith, and any such additional matter as may be presented to the Court in conjunction with this motion.

POTTER ANDERSON & CORROON LLP

By: */s/ Stephen C. Norman*
Stephen C. Norman (I.D. # 2686)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza, P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

OF COUNSEL:

Thomas C. Rice (*pro hac vice*)
David F.E. Tejtel (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017
(212) 455-2000

Dated: July 27, 2012

1068703

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Stephen C. Norman, hereby certify that, on July 27, 2012, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

Pamela S. Tikellis, Esquire
A. Zachary Naylor, Esquire
Tiffany J. Cramer, Esquire
CHIMICLE & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899
*Counsel for Plaintiff Timothy Rooney*

Thomas J. Allingham II, Esquire
Robert S. Saunders, Esquire
SKADDEN, ARPS, LATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roelle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh*

Virginia A. Gibson, Esquire
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
*Counsel for Defendant KPMG LLP*

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to Thomas L. duPont*

David E. Wilks, Esquire
Andrea S. B rooks, Esquire
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806

*/s/ Stephen C. Norman*
Stephen C. Norman (#2686)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com