## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : | Master File No. 10-CV-00990-SLR |
|  | : |  |
| IN RE WILMINGTON TRUST | : | (Securities Class Action) |
| SECURITIES LITIGATION | : |  |
|  | : | Hon. Sue L. Robinson |
|  | : |  |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
|  | : |  |
|  | : | Oral Argument Requested |

## WILMINGTON TRUST DEFENDANTS' APPLICATION FOR
## <u>ORAL ARGUMENT PURSUANT TO DELAWARE LOCAL RULE 7.1.4</u>

NOW COME Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh (the "Wilmington Trust Defendants"), through their undersigned counsel, and respectfully request that the Court schedule oral argument on the Wilmington Trust Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Securities Class Action Complaint (D.I. No. 103), filed on July 27, 2012.

Respectfully submitted,


*/s/ Robert S. Saunders*
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
Stephen D. Dargitz (ID No. 3619)
Daniel R. Ciarrocki (ID No. 5412)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Telephone:  (302) 651-3000
Facsimile:   (302) 651-3001
thomas.allingham@skadden.com
rob.saunders@skadden.com


*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh*

DATED:        August 6, 2012