# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION | ) Master File No. 10-cv-00990-SLR<br>)<br>) (Consolidated Securities Class Action)<br>)<br>) ECF Case |

## KPMG LLP'S APPLICATION FOR ORAL ARGUMENT PURSUANT TO DISTRICT OF DELAWARE LOCAL RULE 7.1.4

Defendant KPMG LLP ("KPMG"), through their undersigned counsel, respectfully requests that the Court schedule oral argument as soon as practicable on KPMG's Motion to Dismiss the Second Amended Consolidated Securities Class Action Complaint [D.I. # 95], filed July 27, 2012.

Dated: Philadelphia, PA
August 21, 2012

Respectfully submitted,

/s/ Virginia A. Gibson
Virginia A. Gibson (No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Tel: (267) 675-4635
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

George A. Salter (*pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: george.salter@hoganlovells.com

*Counsel for Defendant KPMG LLP*

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION | ) Master File No. 10-cv-00990-SLR<br>)<br>) (Consolidated Securities Class Action)<br>)<br>) ECF Case |

## CERTIFICATE OF SERVICE

I, Virginia A. Gibson, hereby certify that on this twenty 21st day of August 2012, I caused a true and correct copy of KPMG LLP'S Application for Oral Argument Pursuant to District of Delaware Local Rule 7.1.4 to be filed electronically with the Court's Case Management/Electronic Case Filing (CM/ECF) docketing system, which will send notice of the above filing to all attorneys of record.

Dated: Philadelphia, PA
August 21, 2012

Respectfully submitted,

/s/ Virginia A. Gibson
Virginia A. Gibson (No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Tel: (267) 675-4635
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

*Counsel for Defendant KPMG LLP*