IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master File No.<br>10-CV-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue L. Robinson<br><br>ELECTRONICALLY FILED |

### SCHEDULING STIPULATION AND PROPOSED ORDER GOVERNING MOTIONS TO DISMISS SECOND AMENDED COMPLAINT

WHEREAS, on May 10, 2012, Lead Plaintiffs filed their Second Amended Consolidated Securities Class Action Complaint (the "SAC");

WHEREAS, on July 12, 2012, the Court entered a Stipulation And Order Governing Motions To Dismiss The Second Amended Complaint, setting forth a schedule for the briefing of Defendants' motions to dismiss the SAC in which Defendants' motions to dismiss were due on or before July 27, 2012, Lead Plaintiffs' answering briefs in opposition to Defendants' motions to dismiss are due on or before September 21, 2012, and Defendants' reply briefs in further support of their motions to dismiss the SAC are due on or before October 26, 2012;

WHEREAS, Defendants filed motions to dismiss the SAC on July 27, 2012;

WHEREAS, counsel for the Lead Plaintiffs have certain scheduling conflicts that make it difficult to meet the remaining deadlines set forth in the Court's July 12, 2012 Order;

WHEREAS, the parties have agreed to extend the date for Lead Plaintiffs to file their opposition briefs to Defendants' motions to dismiss and a corresponding extension for Defendants to file their reply briefs in support of their motions to dismiss;

IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and Defendants, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall file their answering brief in opposition to Defendants' motions to dismiss the SAC on or before October 1, 2012.

2. Defendants shall file their reply briefs in further support of their motions to dismiss the SAC on or before November 5, 2012.

Respectfully submitted,

/s/ A. Zachary Naylor
Pamela S. Tikellis (ID No. 2172)
A. Zachary Naylor (ID No. 4439)
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, Delaware 19899-1035
Telephone: (302) 656-2500
Facsimile: (302) 656-9053
PamelaTikellis@chimicles.com
ZN@chimicles.com

*Attorneys for Merced County Employees' Retirement Association, Coral Springs Police Pension Fund, St. Petersburg Firefighters' Retirement System, Pompano Beach General Employees Retirement System, and Automotive Industries Pension Trust Fund*

/s/ Robert S. Saunders
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
Thomas.Allingham@skadden.com
Rob.Saunders@skadden.com

*Attorneys for Defendants Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, Louis J. Freeh, and Wilmington Trust Corporation*

*/s/ Virginia A. Gibson*
Virginia A. Gibson (ID No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone:  (267) 675-4635
Fax:  (267) 675-4601
Virginia.gibson@hoganlovells.com

*Attorneys for Defendant KPMG LLP*

*/s/ Stephen C. Norman*
Stephen C. Norman (ID No. 2686)
POTTER ANDERSON &CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
Telephone:  (302) 984-6000
Fax:  (302) 658-1192
snorman@potteranderson.com

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

*/s/ Curtis A. Hehn*
Laura Davis Jones (ID No. 2436)
Curtis A. Hehn (ID No. 4264)
PACHULSKI STANG ZEIHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
Fax:  (302) 652-4400
ljones@pszjlaw.com
chen@pszjlaw.com

J. Douglas Baldridge
George Kostolampros
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
Telephone: (202) 344-4000
Fax: 202-344-8300
GKostolampros@Venable.com

*Attorneys for Defendant Thomas L. DuPont*

*/s/ David E. Wilks*
David E. Wilks (ID No. 2793)
Andrea S. Brooks (ID No. 5064)
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, Delaware  19806
Telephone:  (302) 225-0850
Fax:  (302) 255-0859
dwilks@wlblaw.com
abrooks@wlblaw.com

*Attorneys for Defendant William B. North*

DATED: August 30, 2012

       IT IS SO ORDERED this ____ day of _____, 2012

                                      _____
                                      The Honorable Sue L. Robinson
                                      United States Distric Court Judge