IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-CV-00990-SLR <br><br> (Securities Class Action) <br><br> Hon. Sue L. Robinson |
| This Document Relates to: ALL ACTIONS | ELECTRONICALLY FILED |

## DECLARATION OF A. ZACHARY NAYLOR IN SUPPORT OF LEAD PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED CONSOLIDATED SECURITIES CLASS ACTION COPMLAINT

I, A. ZACHARY NAYLOR, declare as follows:

1. I am a partner with the law firm of Chimicles & Tikellis LLP, liaison counsel for the class.

2. Attached hereto as Exhibit 1 is a true and correct copy of the presentation entitled "Creating the Leading Mid-Atlantic Relationship Bank," filed by M&T Bank Corporation on form 425 with the Securities and Exchange Commission on November 1, 2010.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: October 1, 2012

A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
222 Delaware Ave.
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500