# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : | Master File No. 10-CV-00990-SLR |
|  | : |  |
| IN RE WILMINGTON TRUST | : | (Securities Class Action) |
| SECURITIES LITIGATION | : |  |
|  | : | Hon. Sue L. Robinson |
|  | : |  |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
|  | : |  |
|  | : | Oral Argument Requested |

## SCHEDULING STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' RESPONSE TIME

WHEREAS, by Order dated August 31, 2012, the reply briefs of Defendants in support of their motions to dismiss the Second Amended Consolidated Securities Class Action Complaint are currently due November 5, 2012;

WHEREAS, due to scheduling and travel complications arising from Hurricane Sandy, and scheduling conflicts with other cases, Defendants have requested the consent of Lead Plaintiffs to an extension of time to file their reply briefs;

WHEREAS, Lead Plaintiffs have consented to the extension;

IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and Defendants, subject to the approval of the Court, as follows:

1.  The date by which Defendants shall file their reply briefs in further support of their motions to dismiss the Second Amended Consolidated Securities Class Action Complaint shall be extended to and including November 16, 2012.

Respectfully submitted,

/s/ Pamela S. Tikellis
Pamela S. Tikellis (ID No. 2172)
A. Zachary Naylor (ID No. 4439)
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, Delaware 19899-1035
Telephone: (302) 656-2500
Facsimile: (302) 656-9053
PamelaTikellis@chimicles.com
ZN@chimicles.com

*Attorneys for Merced County Employees' Retirement Association, Coral Springs Police Pension Fund, St. Petersburg Firefighters' Retirement System, Pompano Beach General Employees Retirement System, and Automotive Industries Pension Trust Fund*

/s/ Robert S. Saunders
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
Thomas.Allingham@skadden.com
Rob.Saunders@skadden.com

*Attorneys for Defendants Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, Louis J. Freeh, and Wilmington Trust Corporation*

/s/ Virginia A. Gibson
Virginia A. Gibson (ID No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4635
Fax: (267) 675-4601
Virginia.gibson@hoganlovells.com

*Attorneys for Defendant KPMG LLP*

/s/ Stephen C. Norman
Stephen C. Norman (ID No. 2686)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
Telephone: (302) 984-6000
Fax: (302) 658-1192
snorman@potteranderson.com

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

/s/ Laura Davis Jones
Laura Davis Jones (ID No. 2436)
Curtis A. Hehn (ID No. 4264)
PACHULSKI STANG ZEIHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
Fax:  (302) 652-4400
ljones@pszjlaw.com
chen@pszjlaw.com

J. Douglas Baldridge
George Kostolampros
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Fax:  202-344-8300
GKostolampros@Venable.com

*Attorneys for Defendant Thomas L. DuPont*

/s/ David E. Wilks
David E. Wilks (ID No. 2793)
Andrea S. Brooks (ID No. 5064)
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, Delaware  19806
Telephone:  (302) 225-0850
Fax:  (302) 255-0859
dwilks@wlblaw.com
abrooks@wlblaw.com

*Attorneys for Defendant William B. North*

DATED: November 5, 2012


SO ORDERED this ___ day of November, 2012

_____

Judge Sue L. Robinson