UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : | Master File No. 10-CV-00990-SLR |
|  | : |  |
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : | (Securities Class Action) |
|  | : |  |
|  | : | Hon. Sue L. Robinson |
|  | : |  |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
|  | : |  |
|  | : | Oral Argument Requested |

**SCHEDULING STIPULATION AND PROPOSED ORDER
SUSPENDING MOTION TO DISMISS BRIEFING IN ANTICIPATION OF
LEAD PLAINTIFFS' FORTHCOMING MOTION FOR LEAVE TO SUPPLEMENT**

WHEREAS, pursuant to the Stipulation to Extend Time entered by the Court on November 6, 2012, Defendants' reply briefs in support of their motions to dismiss the Second Amended Consolidated Securities Class Action Complaint (the "SAC") are currently due November 16, 2012;

WHEREAS, on October 4, 2012, Special Agents from the Federal Bureau of Investigation executed under seal affidavits (the "FBI Affidavits") in support of a search warrant in *In the Matter of the Search of the Second Floor of 144 Kings Hwy., SW, Dover, Delaware 19901*, No. 12-MJ-00167 (D. Del.);

WHEREAS, on October 18, 2012, Magistrate Judge Thynge entered an order unsealing the case file and the FBI Affidavits;

WHEREAS, the FBI Affidavits contain previously non-public information that Lead Plaintiffs believe support and corroborate the allegations in the SAC;

WHEREAS, the execution and unsealing of the FBI Affidavits occurred after Lead Plaintiffs filed the SAC on May 10, 2012;

WHEREAS, Lead Plaintiffs intend to seek leave to supplement and/or amend the SAC pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware;

WHEREAS, in the interest of efficiency and economy for the parties and the Court, Lead Plaintiffs have requested the consent of Defendants to suspend briefing on the current motions to dismiss pending resolution of Lead Plaintiffs' forthcoming motion for leave to supplement and/or amend the SAC;

WHEREAS, Defendants have consented to the suspension of briefing on the current motions to dismiss pending the resolution of Lead Plaintiffs' motion for leave to supplement and/or amend;

IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and Defendants, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall file their motion for leave to amend and/or supplement the SAC by no later than December 7, 2012.

2. Defendants shall file any opposition brief to Lead Plaintiffs' motion for leave to amend and/or supplement by no later than January 4, 2013.

3. Lead Plaintiffs shall file their reply brief in support of their motion for leave to amend and/or supplement by no later than January 18, 2013.

4. Briefing on the current motions to dismiss shall be suspended pending the filing and resolution of Lead Plaintiffs' motion for leave to supplement and/or amend.

Respectfully submitted,

| | |
|---|---|
| /s/ A. Zachary Naylor | /s/ Robert S. Saunders |
| Pamela S. Tikellis (ID No. 2172) | Thomas J. Allingham II (ID No. 476) |
| A. Zachary Naylor (ID No. 4439) | Robert S. Saunders (ID No. 3027) |
| CHIMICLES & TIKELLIS LLP | SKADDEN, ARPS, SLATE, |
| 222 Delaware Ave., 11th Floor |   MEAGHER & FLOM LLP |
| P.O. Box 1035 | One Rodney Square |
| Wilmington, Delaware  19899-1035 | P.O. Box 636 |
| Telephone:  (302) 656-2500 | Wilmington, Delaware  19899-0636 |
| Facsimile:   (302) 656-9053 | Telephone:  (302) 651-3000 |
| PamelaTikellis@chimicles.com | Fax:  (302) 651-3001 |
| ZN@chimicles.com | Thomas.Allingham@skadden.com |
| | Rob.Saunders@skadden.com |

*Attorneys for Merced County Employees' Retirement Association, Coral Springs Police Pension Fund, St. Petersburg Firefighters' Retirement System, Pompano Beach General Employees Retirement System, and Automotive Industries Pension Trust Fund*

*Attorneys for Defendants Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, Louis J. Freeh, and Wilmington Trust Corporation*

| | |
|---|---|
| /s/ Virginia A. Gibson | /s/ Stephen C. Norman |
| Virginia A. Gibson (ID No. 3699) | Stephen C. Norman (ID No. 2686) |
| HOGAN LOVELLS US LLP | POTTER ANDERSON & CORROON LLP |
| 1835 Market Street, 29th Floor | 1313 North Market Street, 6th Floor |
| Philadelphia, PA  19103 | Hercules Plaza |
| Telephone:  (267) 675-4635 | P.O. Box 951 |
| Fax:  (267) 675-4601 | Wilmington, Delaware  19899 |
| Virginia.gibson@hoganlovells.com | Telephone:  (302) 984-6000 |
| | Fax:  (302) 658-1192 |
| | snorman@potteranderson.com |

*Attorneys for Defendant KPMG LLP*

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

*/s/ Laura Davis Jones*
Laura Davis Jones (ID No. 2436)
Curtis A. Hehn (ID No. 4264)
PACHULSKI STANG ZEIHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Fax: (302) 652-4400
ljones@pszjlaw.com
chen@pszjlaw.com

J. Douglas Baldridge
George Kostolampros
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Fax: 202-344-8300
GKostolampros@Venable.com

*Attorneys for Defendant Thomas L. DuPont*

*/s/ David E. Wilks*
David E. Wilks (ID No. 2793)
Andrea S. Brooks (ID No. 5064)
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, Delaware 19806
Telephone: (302) 225-0850
Fax: (302) 255-0859
dwilks@wlblaw.com
abrooks@wlblaw.com

*Attorneys for Defendant William B. North*

DATED: November 15, 2012


SO ORDERED this __ day of November, 2012

_____
Judge Sue L. Robinson