## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | Master File No. 10-CV-00990-SLR |
| | : | |
| IN RE WILMINGTON TRUST | : | (Securities Class Action) |
| SECURITIES LITIGATION | : | |
| | : | Hon. Sue L. Robinson |
| | : | |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
| | : | |
| | : | Oral Argument Requested |

### SCHEDULING STIPULATION AND PROPOSED ORDER GOVERNING LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT

WHEREAS, Lead Plaintiffs filed their Second Amended Consolidated Securities Class Action Complaint (the "SAC") on May 10, 2012;

WHEREAS, Lead Plaintiffs filed a Motion to Supplement and Amend the SAC on December 7, 2012 (the "Motion for Leave to Amend");

WHEREAS, the parties have agreed that Lead Plaintiffs may file their proposed Third Amended Consolidated Securities Class Action Complaint (the "TAC") in the same form as attached as Exhibit A to the Motion for Leave to Amend, and Defendants reserve their right to challenge the sufficiency of the TAC; and

WHEREAS, Lead Plaintiffs and Defendants have conferred regarding a briefing schedule for Defendants' motions to dismiss the TAC and have agreed on the schedule set forth below;

IT IS HEREBY STIPULATED, by and between Lead Plaintiffs and Defendants, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall file the TAC promptly after Court approval of this stipulation.

2.      Defendants shall file motions to dismiss the TAC and briefs in support thereof on or before February 28, 2013.

3.      Lead Plaintiffs shall file their answering brief in opposition to Defendants' motions to dismiss the TAC on or before April 25, 2013.

4.      Defendants shall file their reply briefs in further support of their motions to dismiss the TAC on or before May 30, 2013.

Respectfully submitted,

/s/ A. Zachary Naylor
Pamela S. Tikellis (ID No. 2172)
A. Zachary Naylor (ID No. 4439)
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, Delaware  19899-1035
Telephone:  (302) 656-2500
Fax:  (302) 656-9053
PamelaTikellis@chimicles.com
ZN@chimicles.com

*Attorneys for Merced County Employees'
Retirement Association, Coral Springs Police
Pension Fund, St. Petersburg Firefighters'
Retirement System, Pompano Beach General
Employees Retirement System, and Automotive
Industries Pension Trust Fund*

/s/ Robert S. Saunders
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Telephone:  (302) 651-3000
Fax:  (302) 651-3001
Thomas.Allingham@skadden.com
Rob.Saunders@skadden.com

*Attorneys for Defendants Ted T. Cecala,
Donald E. Foley, David R. Gibson, Robert V.A.
Harra, Jr., Kevyn N. Rakowski, Carolyn S.
Burger, R. Keith Elliott, Gailen Krug, Stacey J.
Mobley, Michele M. Rollins, David P. Roselle,
Oliver R. Sockwell, Robert W. Tunnell, Jr.,
Susan D. Whiting, Rex L. Mears, Louis J.
Freeh, and Wilmington Trust Corporation*

/s/ Laura Davis Jones
Laura Davis Jones (ID No. 2436)
Curtis A. Hehn (ID No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
Fax:  (302) 652-4400
ljones@pszjlaw.com
chen@pszjlaw.com

J. Douglas Baldridge
George Kostolampros
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Fax:  202-344-8300
jbaldridge@Venable.com
gkostolampros@Venable.com

*Attorneys for Defendant Thomas L. DuPont*

/s/ Virginia A. Gibson
Virginia A. Gibson (ID No. 3699)
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone:  (267) 675-4635
Fax:  (267) 675-4601
Virginia.gibson@hoganlovells.com

*Attorneys for Defendant KPMG LLP*

/s/ Stephen C. Norman
Stephen C. Norman (ID No. 2686)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
Telephone:  (302) 984-6000
Fax:  (302) 658-1192
snorman@potteranderson.com

Thomas C. Rice
David F.E. Tejtel
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
dtejtel@stblaw.com
trice@stblaw.com

*Attorneys for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

/s/ David E. Wilks
David E. Wilks (ID No. 2793)
Andrea S. Brooks (ID No. 5064)
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, Delaware  19806
Telephone:  (302) 225-0850
Fax:  (302) 255-0859
dwilks@wlblaw.com
abrooks@wlblaw.com

*Attorneys for Defendant William B. North*

DATED:  January 7, 2013

SO ORDERED this __ day of January, 2013.

_____
Judge Sue L. Robinson