UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue L. Robinson |

### NOTICE OF FILING THIRD AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT

TO:  Clerk of the Court
District Court of Delaware
800 N. King Street
Wilmington, DE 19801

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Thomas J. Allingham II
Robert S. Saunders
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

HOGAN LOVELLS US LLP
Virginia A. Gibson
1835 Market Street, 29th Floor
Philadelphia, PA 19103

POTTER ANDERSON & CORROON LLP
Stephen C. Norman
1313 North Market Street, 6th Floor
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Curtis A. Hehn
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

WILKS, LUKOFF & BRACEGIRDLE, LLC
David E. Wilks
Andrea S. Brooks
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806

PLEASE TAKE NOTICE that pursuant to the Court's January 9, 2013 Order entering the Scheduling Stipulation and Proposed Order Governing Lead Plaintiffs' Motion for Leave to Amend and Defendants' Motions to Dismiss the Third Amended Consolidated Securities Class

Action Complaint (D.I. No. 119), which granted leave for Lead Plaintiffs to file a third amended complaint, that Lead Plaintiffs in the above-captioned action have today filed and served via CM/ECF their Third Amended Consolidated Securities Class Action Complaint and Declaration of Hannah Ross in Support of Third Amended Consolidated Securities Class Action Complaint.

Dated : January 9, 2013

**CHIMICLES & TIKELLIS LLP**

Pamela S. Tikellis (Bar No. 2172)
A. Zachary Naylor (Bar No. 4439)
Tiffany J. Cramer (Bar No. 4998)
222 Delaware Avenue, 11th Floor
P.O. Box 1035
Wilmington, DE 19899
Phone: (302) 656-2500
Fax: (302) 656-9053

*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Blair Nicholas
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

-and-

Hannah Ross (*pro hac vice*)
Sean K. O'Dowd (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

**SAXENA WHITE P.A.**

Maya S. Saxena (*pro hac vice*)
Joseph E. White III (*pro hac vice*)

Lester Hooker (*pro hac vice*)
Brandon Grzandziel (*pro hac vice*)
2424 North Federal Highway
Boca Raton, FL 33431
Phone: (561) 394-3399
Fax: (561) 394-3382

*Counsel for Lead Plaintiffs and Co-Lead*
*Counsel for the Class*