# Chimicles & Tikellis LLP
## Attorneys at Law

222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

January 14, 2013

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Joseph G. Sauder
Timothy N. Mathews
A. Zachary Naylor *
Matthew D. Schelkopf
Christina Donato Saler
Benjamin F. Johns
Alison R. Gushue
Scott M. Tucker *
Tiffany J. Cramer *
Vera G. Belger *

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
practice in Delaware*

**BY CM/ECF AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Judge
United States District Court for
the District of Delaware
844 N. King Street
Wilmington, Delaware 19801-3570

Re:   *In re Wilmington Trust Securities Litigation*, C.A. No. 10-990-SLR

Dear Judge Robinson:

On January 9, 2013, Lead Plaintiffs filed their Third Amended Consolidated Securities Class Action Complaint (D.I. #120, "3AC"). Enclosed for Your Honor's convenience is a disc containing an electronic version of the 3AC with embedded links to the documents that were filed as exhibits to the Declaration of Hannah Ross in support of the 3AC (D.I. #121). I am also delivering copies of the enclosed disc to Defendants' counsel, as indicated below.

Should Your Honor have any questions, I am available at the convenience of the Court.

Respectfully,

A. Zachary Naylor (#4439)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

The Honorable Sue L. Robinson
January 14, 2013
Page 2 of 2


Enclosure
cc:     Clerk, U.S. District Court (by CM/ECF and Hand Delivery)
        Robert S. Saunders, Esquire (by CM/ECF and Hand Delivery)
        Stephen C. Norman, Esquire (by CM/ECF and Hand Delivery)
        David E. Wilks, Esquire (by CM/ECF and Hand Delivery)
        Curtis A. Hehn, Esquire (by CM/ECF and Hand Delivery)
        Virginia A. Gibson, Esquire (by CM/ECF and U.S. Mail)