IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-00990-SLR<br>(Securities Class Action)<br>Hon. Sue L. Robinson |

**MOTION TO DISMISS ALL CLAIMS AGAINST THOMAS L. DUPONT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the Memorandum of Points and Authorities and the Appendix filed contemporaneously herewith, Defendant Thomas L. duPont respectfully moves the Court to dismiss with prejudice the claims asserted against him in Plaintiffs' Third Amended Consolidated Securities Class Action Complaint.[1]

---

1 Mr. duPont also joins in the arguments raised by the Wilmington Trust Defendants' Motion to Dismiss as an additional basis for dismissing the claims asserted against him.

Dated: February 28, 2013

Respectfully submitted,

VENABLE LLP
J. Douglas Baldridge, Esquire
George Kostolampros, Esquire
575 7th Street, N.W.
Washington, D.C. 20004

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com

*Counsel to Defendant Thomas L. duPont*