**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Master File No. 10-CV-00990-SLR |
| | : | |
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : | (Securities Class Action) |
| | : | |
| | : | Hon. Sue L. Robinson |
| | : | |
| This Document Relates to: ALL ACTIONS | : | ELECTRONICALLY FILED |
| | : | |
| | : | Oral Argument Requested |

**THE WILMINGTON TRUST DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT**

Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh (the "Wilmington Trust Defendants") move pursuant to Fed. R. Civ. P. 12(b)(6) for this Court to dismiss the complaint because it fails to state claims upon which this Court may grant relief.

The Wilmington Trust Defendants herewith submit and incorporate their accompanying, supporting memorandum and respectfully request the Court to grant their motion.

Respectfully submitted,

*/s/ Robert S. Saunders*
Thomas J. Allingham II (ID No. 476)
Robert S. Saunders (ID No. 3027)
Stephen D. Dargitz (ID No. 3619)
Daniel R. Ciarrocki (ID No. 5412)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
thomas.allingham@skadden.com
rob.saunders@skadden.com

*Attorneys for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roselle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh*

DATED: February 28, 2013