# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | ) <br> ) C.A. No. 10-990-LPS <br> ) <br> ) (Consolidated Securities Class Action) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Matthew D. Stachel, Esquire, of Potter Anderson & Corroon LLP, on behalf of defendants, J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.

POTTER ANDERSON & CORROON LLP

By  */s/ Matthew D. Stachel*
    Stephen C. Norman (I.D. #2686)
    Matthew D. Stachel (I.D. #5419)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    snorman@potteranderson.com
    mstachel@potteranderson.com

*Attorneys for Defendants, J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

Dated: March 5, 2013
1096863

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Matthew D. Stachel, hereby certify that, on March 5, 2013, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

| | |
|---|---|
| Pamela S. Tikellis, Esquire<br>A. Zachary Naylor, Esquire<br>Tiffany J. Cramer, Esquire<br>CHIMICLES & TIKELLIS LLP<br>222 Delaware Ave., 11th Floor<br>P.O. Box 1035<br>Wilmington, DE 19899<br>*Counsel for Plaintiffs* | Thomas J. Allingham II, Esquire<br>Robert S. Saunders, Esquire<br>SKADDEN, ARPS, LATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>*Counsel for Defendants Wilmington Trust Corporation, Ted T. Cecala, Donald E. Foley, David R. Gibson, Robert V.A. Harra, Jr., Kevyn N. Rakowski, Carolyn S. Burger, R. Keith Elliott, Gailen Krug, Stacey J. Mobley, Michele M. Rollins, David P. Roelle, Oliver R. Sockwell, Robert W. Tunnell, Jr., Susan D. Whiting, Rex L. Mears, and Louis J. Freeh* |
| Virginia A. Gibson, Esquire<br>HOGAN LOVELLS US LLP<br>1835 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>*Counsel for Defendant KPMG LLP* | Laura Davis Jones, Esquire<br>Curtis A. Hehn, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>*Counsel for Defendant Thomas L. duPont* |
| David E. Wilks, Esquire<br>Andrea S. Brooks, Esquire<br>WILKS, LUKOFF & BRACEGIRDLE, LLC<br>1300 N. Grant Avenue, Suite 100<br>Wilmington, DE 19806<br>*Counsel for Defendant William North* | |

                                                          /s/ Matthew D. Stachel
                                                          Matthew D. Stachel (I.D. 5419)
                                                          POTTER ANDERSON & CORROON LLP
                                                          1313 N. Market Street, 6th Floor
                                                          Hercules Plaza
                                                          P. O. Box 951
                                                          Wilmington, DE 19899
                                                          (302) 984-6000
                                                          mstachel@potteranderson.com