UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue L. Robinson |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, counsel moves the admission *pro hac vice* of Adam Hollander, of the law firm of Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, New York, NY 10019, to represent Plaintiffs in this matter.

Dated: April 1, 2013

CHIMICLES & TIKELLIS LLP

_____
A. Zachary Naylor (No. 4439)
222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
(302)656-2500
*Delaware Counsel for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: _____, 2013        _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Adam Hollander, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this motion.

Dated: March 26, 2013

                                                 Adam Hollander  
                                                 Bernstein Litowitz Berger & Grossmann LLP  
                                                 1285 Avenue of the Americas  
                                                 New York, NY 10019  
                                                 (212) 554-1400