# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

222 Delaware Avenue, Suite 1100
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Joseph G. Sauder
Timothy N. Mathews
A. Zachary Naylor *
Matthew D. Schelkopf
Catherine Pratsinakis *
Christina Donato Saler
Benjamin F. Johns
Alison G. Gushue
Scott M. Tucker *
Tiffany J. Cramer *
Vera G. Belger *

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to practice in Delaware

June 11, 2013

**BY CM/ECF AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Judge
United States District Court for
the District of Delaware
844 N. King Street
Wilmington, Delaware 19801-3570

Re: *In re Wilmington Trust Securities Litigation*, C.A. No. 10-990-SLR

Dear Judge Robinson:

I write regarding Lead Plaintiffs' Motion to Supplement and Amend the Third Amended Consolidated Securities Class Action Complaint (DI. #144). In paragraph 7 of the Motion, I averred pursuant to Local Rule 7.1.1 that, as of close of business on June 7, 2013 Counsel for one of the Defendants was not yet able to confirm that the Motion would be unopposed.

I am pleased to report that I have since received confirmation that the Defendant in question does not intend to oppose. As such, the Motion is unopposed by all Defendants and Lead Plaintiffs respectfully request entry of the Proposed Order submitted therewith.

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

The Honorable Sue L. Robinson
June 11, 2013
Page 2 of 2

Should Your Honor have any questions, I am available at the Court's convenience.

Respectfully,

A. Zachary Naylor (#4439)

cc:   All Counsel of Record (by ECF)