IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) ) ) ) | Master Civ. No. 10-990-SLR (Consolidated Securities Class Action) |

**ORDER**

At Wilmington this 20th day of March, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant North's motion to dismiss the FAC (D.I. 158) is denied.

2. The underwriter defendants' motion to dismiss the FAC (D.I. 160) is denied.

3. Defendant duPont's motion to dismiss the FAC (D.I. 162) is granted.

4. Defendant KPMG's motion to dismiss the FAC (D.I. 164) is denied.

5. The Wilmington defendants' motion to dismiss the FAC (D.I. 166) is granted as to defendant Roselle and denied as to all other defendants.

United States District Judge