**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE WILMINGTON TRUST SECURITIES LITIGATION** | ) | Master Civ. No. 10-00990-SLR (Consolidated Securities Class Action) |
| This document relates to: ALL ACTIONS | ) | |

**DEFENDANT WILLIAM B. NORTH'S ANSWER TO THE FOURTH AMENDED COMPLAINT**

Defendant William B. North ("Answering Defendant") hereby answers the Fourth Amended Consolidated Securities Class Action Complaint as follows:

1. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

2. Answering Defendant denies the allegations and characterizations contained in this paragraph.

3. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

4. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states

conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

5. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

6. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

7. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

8. Answering Defendant admits that he served on the Bank's Loan Committee at one time. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

9. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

10. Answering Defendant denies the allegation and characterizations contained in this paragraph.

11. Answering Defendant admits that the Federal Reserve and KPMG had access to, closely reviewed and periodically commented on the Bank's practices, procedures and controls. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

12. Answering Defendant admits that the Bank entered a MOU, the terms of which speak for themselves. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

13. Answering Defendant admits that the Bank comprehensively reviewed its loan portfolio. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states

conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

14. Answering Defendant admits that the Bank prepared a memorandum, the terms of which speak for themselves. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. This paragraph also states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

15. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the context provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

16. Answering Defendant admits that Defendant Cecala resigned his position with the Bank. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

17. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

18. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

19. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

20. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

21. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

22. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

23. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

24. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

25. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

26. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

27. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

28. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

29. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

30. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

31. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

32. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

33. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

34. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

35. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

36. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

37. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

38. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

39. Answering Defendant admits that he served as Chief Credit Officer for Wilmington Trust between 2004 and 2010, that he joined Wilmington Trust in 1997 and that he

previously worked for CoreStates Bank. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

40. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

41. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

42. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

43. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

44. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

45. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

46. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

47. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

48. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

49. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

50. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

51. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

52. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

53. Answering Defendant admits that Wilmington Trust made public filings. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

54. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

55. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

56. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

57. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

58. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

59. Answering Defendant admits that the Bank made periodic public reports. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

60. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for

themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents.

61. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

62. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

63. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

64. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

65. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

66. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

67. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations

contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

68. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

69. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

70. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

71. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

72. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

73. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

74. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is

required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

75. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

76. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

77. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

78. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

79. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

80. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

81. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

82. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

83. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

84. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

85. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states

conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

86. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

87. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

88. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

89. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

90. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

91. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

92. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

93. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

94. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

95. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

96. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

97. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

98. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

99. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

100. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

101. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

102. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

103. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

104. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

105. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

106. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

107. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

108. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

109. Answering Defendant admits that he served as chair of the Loan Committee for a period of time. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

110. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

111. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

112. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

113. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

114. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

115. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

116. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

117. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

118. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

119. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

120. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

121. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

122. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

123. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

124. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

125. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

126. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

127. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

128. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

129. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

130. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

131. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

132. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

133. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

134. Answering Defendant denies the allegations and characterizations contained in this paragraph.

135. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

136. Answering Defendant denies the allegations and characterizations contained in this paragraph.

137. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

138. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

139. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

140. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

141. Answering Defendant denies the allegations and characterizations contained in this paragraph.

142. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

143. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

144. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

145. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

146. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

147. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

148. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

149. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

150. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

151. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

152. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

153. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

154. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

155. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

156. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

157. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

158. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

159. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

160. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

161. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

162. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

163. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states

conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

164. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

165. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

166. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

167. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

168. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

169. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

170. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to

form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

171. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

172. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

173. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

174. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

175. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

176. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

177. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations

contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

178. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

179. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

180. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

181. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

182. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

183. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

184. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

185. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

186. Answering Defendant admits that he resigned his position with the Bank. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

187. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

188. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations

contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

189. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

190. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

191. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

192. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

193. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering

Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

194. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

195. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

196. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

197. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

198. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

199. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents.

200. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

201. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

202. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

203. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

204. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

205. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

206. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

207. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

208. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

209. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

210. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations

contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

211. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph

212. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents.

213. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents.

214. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

215. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

216. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is

without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

217. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

218. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

219. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

220. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

221. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states

conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

222. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

223. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

224. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains

allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

225. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

226. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

227. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

228. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

229. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

230. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

231. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

232. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

233. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

234. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

235. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

236. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

237. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

238. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

239. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains

allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

240. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

241. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

242. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

243. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

244. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

245. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

246. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

247. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

248. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

249. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states

conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

250. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

251. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

252. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph

contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

253. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

254. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

255. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains

allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

256. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

257. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

258. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

259. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

260. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

261. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

262. Answering Defendant admits that he participated in a conference call on the referenced date. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

263. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

264. Answering Defendant admits that he participated in a conference call on the referenced date. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

265. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

266. Answering Defendant admits that he participated in a conference call on the referenced date. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks

the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

267. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

268. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

269. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents

that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

270. Answering Defendant admits that he participated in a conference call on the referenced date. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

271. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

272. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

273. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

274. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

275. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

276. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

277. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph states conclusions of law to which no

answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

278. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

279. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

280. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

281. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph

contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

282. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

283. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

284. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

285. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states

conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

286. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

287. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

288. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

289. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

290. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

291. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

292. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

293. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

294. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

295. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

296. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

297. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

298. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

299. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

300. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

301. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph

contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

302. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied.

303. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

304. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

305. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

306. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

307. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

308. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

309. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

310. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

311. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

312. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

313. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

314. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

315. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

316. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

317. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

318. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

319. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

320. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

321. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

322. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

323. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

324. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

325. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

326. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

327. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

328. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

329. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

330. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

331. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

332. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

333. Answering Defendant admits that he did not withhold any information from KPMG. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

334. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

335. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

336. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to

form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

337. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

338. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

339. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

340. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

341. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

342. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

343. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

344. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

345. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

346. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

347. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

348. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

349. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

350. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

351. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

352. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

353. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

354. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

355. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

356. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

357. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

358. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

359. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

360. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

361. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

362. This paragraph contains no factual allegations and, therefore, requires no response.

363. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

364. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

365. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

366. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

367. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

368. Answering Defendant admits that he received certain reports in the course of his employment with the Bank. The document or documents referenced in this paragraph speak for themselves. Answering Defendant denies the characterization of any portion of those documents that lacks the content provided by the entire document and related documents. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the

allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

369. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

370. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

371. Answering Defendant denies the allegations and characterizations contained in this paragraph.

372. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

373. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

374. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

375. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

376. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

377. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

378. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

379. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

380. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

381. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

382. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

383. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

384. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

385. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

386. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

387. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

388. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

389. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

390. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

391. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

392. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

393. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

394. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

395. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

396. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

397. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

398. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

399. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

400. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

401. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

402. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

403. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

404. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

405. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

406. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

407. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

408. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

409. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

410. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

411. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

412. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

413. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

414. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

415. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

416. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

417. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

418. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

419. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

420. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

421. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

422. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

423. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

424. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

425. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

426. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

427. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

428. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

429. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

430. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

431. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

432. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

433. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

434. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

435. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

436. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

437. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

438. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

439. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

440. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

441. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

442. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

443. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

444. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

445. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

446. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

447. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

448. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

449. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

450. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

451. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

452. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

453. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

454. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

455. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

456. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

457. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

458. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

459. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

460. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

461. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

462. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

463. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

464. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

465. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

466. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

467. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

468. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

469. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

470. Answering Defendant repeats and re-alleges each and every response contained above as if fully set forth herein.

471. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

472. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

473. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

474. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

475. This paragraph contains allegations not directed to Answering Defendant and is, accordingly, denied.

476. Answering Defendant admits that Lead Plaintiffs purport to assert a class action. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

477. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

478. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

479. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

480. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

481. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

482. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied.

483. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied.

484. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied.

485. This paragraph states conclusions of law to which no answer is required and is, accordingly, denied. Answering Defendant denies the remaining allegations and characterizations contained in this paragraph.

## AFFIRMATIVE DEFENSES

1. The Fourth Amended Complaint fails to state a claim upon which relief can be granted.

2. The Fourth Amended Complaint fails to comply with the requirements of the Private Securities Litigation Reform Act.

3. The claims set forth in the Fourth Amended Complaint are barred by applicable statutes of limitation and/or the doctrine of laches.

4. The claims set forth in the Fourth Amended Complaint are barred by the doctrine of waiver.

5. The claims set forth in the Fourth Amended Complaint are barred by the doctrine of estoppel.

6. The claims set forth in the Fourth Amended Complaint are barred, because Lead Plaintiffs and/or the members of the class that they purport to represent have suffered no cognizable injury attributable to or proximately caused by any conduct by Answering Defendant.

7. The claims set forth in the Fourth Amended Complaint are barred, because Answering Defendant did not make or create a misrepresentation, did not employ any device, scheme or artifice to defraud and did not engage in any act, practice or course of business that operated as a fraud or deceit upon which any person relied, nor is Answering Defendant responsible, in law or in fact, for any alleged false or misleading statements or omissions or material fact or any manipulative or deceptive conduct by other persons on which Lead Plaintiffs or any members of the class they purport to represent allegedly relied.

8. The claims set forth in the Fourth Amended Complaint are barred, because Lead Plaintiffs and/or the members of the class that they purport to represent did not actually, reasonably or justifiably rely on any alleged misrepresentation, omission or conduct of Answering Defendant.

9. Any alleged misstatements, omissions or misconduct by Answering Defendant was not material to the investment decisions of a reasonable investor in view of, among other things, the total mix of available information.

10. Answering Defendant had no duty to disclose the facts or information alleged in the Fourth Amended Complaint to have been omitted by him.

11. The claims set forth in the Fourth Amended Complaint are barred, because Lead Plaintiffs and/or the members of the class that they purport to represent are barred, because the decline in market price of the relevant securities resulted in whole or in part from factors other than misstatements and/or omissions alleged against Answering Defendant.

12. The claims set forth in the Fourth Amended Complaint are barred, because Lead Plaintiffs and/or the members of the class that they purport to represent failed to act reasonably or prudently to avoid and/or mitigate their alleged damages.

13. Lead Plaintiffs and/or the members of the class that they purport to represent have failed to allege sufficiently a class and/or cannot satisfy the elements for certifying a class under Rule 23 of the Federal Rules of Civil Procedure.

14. Answering Defendant adopts and incorporates by reference any and all other defenses asserted or to be asserted by any of the other defendants to the extent that he may share in such defense.

15. Any injury allegedly incurred by Lead Plaintiffs and/or the members of the class that they purport to represent resulted from intervening or superseding events outside the knowledge or control of Answering Defendant, including but not limited to, the operation of natural market and/or industry forces and such intervening or superseding events caused the harm, if any, suffered by Lead Plaintiffs and/or the members of the class that they purport to represent, such that no act or omission by Answering Defendant was the direct and/or proximate cause of such harm.

16. The claims against Answering Defendant are barred by Lead Plaintiffs' and/or the members of the class that they purport to represent assumption of the risk by failing to investigate.

Answering Defendant reserves the right to raise any additional defenses, cross claims and third-party claims not asserted herein of which he may become aware through discovery or other investigation.

WHEREAS, Answering Defendant respectfully requests that the Court:

A. Deny that this is a proper class action and refuse to certify it under Rule 23 of the Federal Rules of Civil Procedure;

B. Deny the award of any damages and interest in favor of Lead Plaintiffs and the other purported class members;

C. Deny the award of costs and expenses incurred by Lead Plaintiffs and the other purported class members, including attorneys' fees and expert fees;

D. Deny any equitable, injunctive or other relief requested by Lead Plaintiffs and the other purported class members;

E. Enter judgment in favor of Answering Defendant; and

F. Award Answering Defendant reasonable costs, attorneys' fees and any other relief the Court deems just and appropriate.

Respectfully submitted,

WILKS, LUKOFF & BRACEGIRDLE, LLC

_/s/ David E. Wilks_
David E. Wilks (No. 2793)
Andrea S. Brooks (No. 5064)
Douglas J. Cummings, Jr. (No. 5675)
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
Telephone: (302) 225-0850

*Attorneys for William B. North*

Dated: May 12, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2014, I electronically filed **DEFENDANT WILLIAM B. NORTH'S ANSWER TO THE FOURTH AMENDED COMPLAINT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pamela S. Tikellis, Esquire
A. Zachary Naylor, Esquire
Tiffany J. Cramer, Esquire
CHIMICLES & TIKELLIS LLP
222 Delaware Avenue, 11th Floor
PO Box 1035
Wilmington, DE 19899

Thomas J. Allingham II, Esquire
Robert S. Saunders, Esquire
SKADDEN, ARPS, LATE, MEAGHER & FLOM LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Virginia A. Gibson, Esquire
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103

M. Duncan Grant, Esquire
Christopher B. Chuff, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Stephen C. Norman
John A. Sensing
Matthew D. Stachel
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Hercules Plaza
PO Box 951
Wilmington, DE 19899

*/s/ David E. Wilks*
DAVID E. WILKS (Bar I.D. #2793)
Wilks, Lukoff & Bracegirdle, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
TEL: 302-225-0858
E-MAIL: dwilks@wlblaw.com