# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
)
IN RE WILMINGTON TRUST SECURITIES ) Master File No. 10-cv-00990-SLR
LITIGATION )
)  (Securities Class Action)
)
) Hon. Sue L. Robinson
)
This document relates to: ALL ACTIONS ) ELECTRONICALLY FILED
)
)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Alicia N. Washington, Esquire, formerly of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, hereby withdraws her appearance as counsel for defendants J.P. Morgan Securities and Keefe, Bruyette & Woods, Inc. (the "Underwriter Defendants"). All other attorneys involved in the case from Simpson Thacher & Bartlett LLP and Potter Anderson & Corroon LLP continue to represent the Underwriter Defendants.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Thomas C. Rice<br>Sara A. Ricciardi<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Ave.<br>New York, NY 10017<br>(212) 455-2000 | By  */s/ Matthew D. Stachel*<br>  Stephen C. Norman (No. 2686)<br>  Matthew D. Stachel (No. 5419)<br>  Hercules Plaza, 6th Floor<br>  1313 North Market Street<br>  P. O. Box 951<br>  Wilmington, Delaware 19899-0951<br>  (302) 984-6000<br>  snorman@potteranderson.com |
| Dated: July 14, 2014<br>1157465 |   mstachel@potteranderson.com<br>*Attorneys for Defendants, J.P. Morgan Securities and Keefe, Bruyette & Woods, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2014, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

Pamela S. Tikellis, Esquire
A. Zachary Naylor, Esquire
Tiffany J. Cramer, Esquire
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899
*Counsel for Plaintiffs*

Thomas J. Allingham II, Esquire
Robert S. Saunders, Esquire
SKADDEN, ARPS, LATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Counsel for Defendants Wilmington Trust Corporation, Ted T. Cecala, David R. Gibson, Robert V.A. Harra, Jr., and Kevyn N. Rakowski*

Virginia A. Gibson, Esquire
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
*Counsel for Defendant KPMG LLP*

Duncan Grant, Esquire
Christopher B. Chuff, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
*Counsel for Defendants Carolyn Burger, R. Keith Elliott, Donald Foley, Louis Freeh, Gailen Krug, Rex Mears, Stacey Mobley, Michelle Rollins, Oliver Sockwell, Robert Tunnell, Jr., and Susan Whiting*

David E. Wilks, Esquire
Andrea S. Brooks, Esquire
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806
*Counsel for Defendant William North*

      */s/ Matthew D. Stachel*
Stephen C. Norman (No. 2686)
Matthew D. Stachel (No. 5419)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com
mstachel@potteranderson.com