SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE

P.O. BOX 636

WILMINGTON, DELAWARE 19899-0636

————

TEL: (302) 651-3000

FAX: (302) 651-3001

www.skadden.com

FIRM/AFFILIATE OFFICES

————

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.

————

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL

(302) 651-3070

DIRECT FAX

(302) 574-3070

EMAIL ADDRESS

Thomas.Allingham@skadden.com

October 10, 2014

**BY HAND DELIVERY & CM/ECF**

The Honorable Sherry R. Fallon
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Room 6100 Unit 14
Wilmington, Delaware  19801-3568

RE:     *In re Wilmington Trust Securities Litigation*,
        C.A. No. 10-990-SLR-SRF (D. Del.)

Dear Magistrate Judge Fallon:

Pursuant to Your Honor's request, enclosed for *in camera* review is a document.  We remain available at the Court's convenience to discuss this and any other issues.

Respectfully,

*/s/ Thomas J. Allingham II*

Thomas J. Allingham II (ID No. 476)

Enclosure

cc:     Pamela S. Tikellis, Esquire (via CM/ECF without enclosure)
        Peter J. Dennin, Esquire (via CM/ECF without enclosure)
        Ivan B. Knauer, Esquire (via CM/ECF without enclosure)
        David E. Wilks, Esquire (via CM/ECF without enclosure)
        Thomas C. Rice, Esquire (via CM/ECF without enclosure)
        Yvonne F. Mizusawa, Esquire (via CM/ECF without enclosure)
        Jennifer R. Noel, Esquire (via CM/ECF without enclosure)