# EXHIBIT A

# Exhibit A

# Filed Under Seal