**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | Master File No. 10-CV-00990-SLR-SRF |
| | : | |
| **IN RE WILMINGTON TRUST** | : | (Securities Class Action) |
| **SECURITIES LITIGATION** | : | |
| | : | Hon. Sue L. Robinson |
| | : | |
| This document relates to:  ALL ACTIONS | : | ELECTRONICALLY FILED |
| | : | |

**EXHIBIT A TO THE WILMINGTON TRUST DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFFS' LETTER MOTION TO COMPEL**

**PUBLIC VERSION – FILED OCTOBER 10, 2014**

DATED: Wilmington, Delaware
           October 3, 2014

                Thomas J. Allingham II (ID No. 476)
                Robert S. Saunders (ID No. 3027)
                Stephen D. Dargitz (ID No. 3619)
                SKADDEN, ARPS, SLATE,
                  MEAGHER & FLOM LLP
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware  19899-0636
                Telephone:  (302) 651-3000
                Facsimile:  (302) 651-3001
                thomas.allingham@skadden.com
                rob.saunders@skadden.com
                sdargitz@skadden.com

                *Attorneys for Defendants Wilmington Trust Corporation,
                Ted T. Cecala, David R. Gibson, Robert V.A. Harra, Jr.
                and Kevyn N. Rakowski*

# DOCUMENT REDACTED IN FULL