UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>_____<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue Robinson<br><br>ELECTRONICALLY FILED |

### NOTICE OF INTENT TO ASSERT BANK EXAMINATION PRIVILEGE

Pursuant to the parties' Joint Letter to the Court, dated September 5, 2014 (Dkt # 252), intervenor the Board of Governors of the Federal Reserve System ("Board") hereby provides notice to the Court and parties that it will assert bank examination privilege for documents designated as "Federal Reserve," either alone or jointly with another federal or State bank regulatory agency, on privilege logs provided to the Board by defendants Wilmington Trust Corporation and Wilmington Trust Company and KPMG LLC on October 3, 2014.

Non-party the Office of the Comptroller of the Currency ("OCC") is represented by the OCC counsel listed below. The OCC wishes to inform the parties and the Court that the OCC will assert bank examination privilege for documents designated as "OCC," either alone or jointly with another federal or State bank regulatory agency, on privilege logs provided to the OCC by defendants Wilmington Trust Corporation and Wilmington Trust Company and KPMG LLC on October 3, 2014.

Dated: October 17, 2014

        Respectfully submitted,

        Katherine H. Wheatley
        Associate General Counsel
        Board of Governors of the Federal Reserve System
        /s/
        Yvonne F. Mizusawa
        Senior Counsel
        Board of Governors of the Federal Reserve System
        20th & C Streets N.W.
        Washington, D.C. 20551
        (PH) (202) 452-3436
        (FAX) (202) 736-5615
        Yvonne.f.mizusawa@frb.gov

        Counsel for Intervenor the Board of Governors of
        the Federal Reserve System

        HORACE G. SNEED
        Director of Litigation

        CHRISTOPHER STERBENZ
        Counsel – Litigation Division
        Office of the Comptroller of the Currency
        400 7th Street SW
        Washington, DC 20219
        (202) 649-6314
        Christopher.sterbenz@occ.treas.gov

        Counsel for Non-Party the Office of the
         Comptroller of the Currency