## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master File No. 10-cv-00990-SLR<br><br>(Securities Class Action)<br><br>Hon. Sue L. Robinson<br><br>ELECTRONICALLY FILED |
| This document relates to: ALL ACTIONS | | |

### ENTRY OF APPEARANCE

Please enter the appearance of Deputy Attorney General Jennifer Noel on behalf of Intervenor, Delaware Office of the State Bank Commissioner.

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

Dated: October 17, 2014                 /s/ *Jennifer R. Noel*
                                                  Jennifer R. Noel, DE Bar No. 3987
                                                  Joseph C. Handlon, DE Bar No. 3952
                                                  Deputy Attorney General
                                                  Delaware Department of Justice
                                                  820 N. French Street, C600
                                                  Wilmington, DE 19801
                                                  (302) 577-8400

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2014 I filed the *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification to the following:

Norman M. Monhait, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O Box 1070
919 Market St.
Wilmington, DE 19899-1070

A. Zachary Naylor, Esq.
Chimicles & Tikellis, LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899

Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O .Box 636
Wilmington, DE 19899

M. Duncan Grant, Esq.
Pepper Hamilton LLP
1313 Market St., Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Jaclyn C. Levy, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Virginia A. Gibson, Esq.
Hogan Lovells US LLP
1835 Market St. 29th Fl.
Philadelphia, PA 19103

David Wilks, Esq.
Wilks, Lukoff & Bracegirdle, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806

Brian Michael Gottesman, Esq.
Berger Harris, LLP
1105 N. Market St., 11th Floor
Wilmington, DE 19801

Christine S. Azur, Esq.
Labaton Sucharow LLP
300 Delaware Avenue, Suite 1225
Wilmington DE 19801

Yvonne F. Mizusawa, Esq.
Board of Governors of the Federal
Reserve System
20th and C Streets, N.W.
Washington, DC 20551

Charles M. Oberly, III
United States Attorney
District of Delaware
1007 N. Orange St.
Suite 700
Wilmington, DE 19801

                                                      STATE OF DELAWARE
                                                      DEPARTMENT OF JUSTICE

Dated: October 17, 2014                /s/ *Jennifer R. Noel*
                                                      Jennifer R. Noel, DE Bar No. 3987
                                                      Joseph C. Handlon, DE Bar No. 3952
                                                      Deputy Attorney General
                                                      Delaware Department of Justice
                                                      820 N. French Street, C600
                                                      Wilmington, DE 19801
                                                      (302) 577-8400