
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-009990-SLR |
| | (Securities Class Action) |
| | Hon. Sue L. Robinson |
| | Electronically Filed |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Linda Carroll, Esq. and Begene Bahl, Esq. to represent intervener Pennsylvania Department of Banking and Securities in this matter.

Respectfully submitted

/s/ *Jennifer R. Noel*
Jennifer R. Noel, DE Bar No. 3987
Joseph C. Handlon, DE Bar No. 3952
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, C600
Wilmington, DE  19801
(302) 577-8400

Attorney for Delaware Office of the
State Bank Commissioner

Dated: October 17, 2014

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____           _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Linda Carroll*  Date: October 10, 2014
Linda Carroll
Attorney ID PA 35868
Deputy Chief Counsel
Pennsylvania Department of Banking and Securities
17 North Second Street, Suite 1300
Harrisburg, PA 17101
licarroll@pa.gov
717-705-2297

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Begene A. Bahl*  Date: October 10, 2014
Begene A. Bahl
Attorney ID PA 87803
Senior Deputy Chief Counsel
Pennsylvania Department of Banking and Securities
17 North Second Street, Suite 1300
Harrisburg, PA 17101
bbahl@pa.gov
717-787-1471

CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2014, I filed the *Motion and Order for Admission Pro Hac Vice* for the Pennsylvania Department of Banking and Securities with the Clerk of Court using CM/ECF which will send notification to the following:

Norman M. Monhait, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O Box 1070
919 Market St.
Wilmington, DE 19899-1070

A. Zachary Naylor, Esq.
Chimicles & Tikellis, LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899

Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O .Box 636
Wilmington, DE 19899

M. Duncan Grant, Esq.
Pepper Hamilton LLP
1313 Market St., Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Jaclyn C. Levy, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Virginia A. Gibson, Esq.
Hogan Lovells US LLP
1835 Market St. 29th Fl.
Philadelphia, PA 19103

David Wilks, Esq.
Wilks, Lukoff & Bracegirdle, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE 19806

Brian Michael Gottesman, Esq.
Berger Harris, LLP
1105 N. Market St., 11th Floor
Wilmington, DE 19801

Christine S. Azur, Esq.
Labaton Sucharow LLP
300 Delaware Avenue, Suite 1225
Wilmington DE 19801

Yvonne F. Mizusawa, Esq.
Board of Governors of the Federal
Reserve System
20th and C Streets, N.W.
Washington, DC 20551

| | |
|---|---|
| Joseph C. Handlon<br>Jennifer R. Noel<br>Deputy Attorneys General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | Charles M. Oberly, III<br>United States Attorney<br>District of Delaware<br>1007 N. Orange St.<br>Suite 700<br>Wilmington, DE 19801 |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Dated: October 17, 2014

/s/ *Jennifer R. Noel*
Jennifer R. Noel, DE Bar No. 3987
Joseph C. Handlon, DE Bar No. 3952
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, C600
Wilmington, DE 19801
(302) 577-8400

-and-

PENNSYLVANIA DEPARTMENT OF
BANKING AND SECURITIES

Linda Carroll, Deputy Chief Counsel
Attorney ID # PA 35868

Begene A. Bahl
Senior Deputy Chief Counsel
Attorney ID # PA 87803

17 North Second Street, Suite 1300
Harrisburg, PA 17101
(717) 787-1471
licarroll@pa.gov