IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : : : : : : : : | Master File No. 10-cv-00990-SLR  (Securities Class Action)  Hon. Sue L. Robinson  Electronically Filed |

NOTICE OF INTENT OF THE PENNSYLVANIA DEPARTMENT OF BANKING AND
SECURITIES TO ASSERT BANK EXAMINER PRIVILEGE

The Pennsylvania Department of Banking and Securities ("PaDOBS") files this notice of intent to assert bank examiner privilege as more fully set forth below:

1. On August 5, 2014, Plaintiffs filed a *Motion to Compel Production of Documents Withheld by Defendants Based on "The Bank Examination" Privilege*.

2. By letter of the parties dated September 5, 2014 ("Joint Letter"), Defendants agreed to adjourn that motion while Regulators attempt to resolve the issues of privilege with the parties.

3. The PaDOBS was notified by Defendants by letter received September 29, 2014, that some documents that were the subject of the Plaintiff's *Motion to Compel Production of Documents Withheld by Defendants Based on "The Bank Examination" Privilege* were PaDOBS documents.

4. Subsequently, the PaDOBS was given access to the Defendant's Privilege and Redaction logs.

5. The PaDOBS observed upon review of the Defendant's Privilege and Redaction logs that examination reports of Wilmington Trust of Pennsylvania, proprietary to the PaDOBS, and other documents with content from those examination reports, would be subject to the Plaintiff's *Motion to Compel Production of Documents Withheld by Defendants Based on "The Bank Examination" Privilege*.

6. Accordingly, the PaDOBS hereby notifies the parties and the court that it intends to assert bank examiner privilege, and other privileges, to protect those documents from production.

7. The PaDOBS intends to assert bank examiner privileges over any examination report, or e-mail, letter, memoranda, report, or other document, that reveals content taken from the above-

mentioned examination reports, whether quoted or unquoted, whether the examination report was prepared by PaDOBS alone or in concert with any other regulator.

8. The PaDOBS does not intend to assert privilege over that portion of a document that reveals only the fact that an examination took place, or that is a mere mention or reference that a report was issued, if no content from the report is revealed.

9. This notice is being filed concurrent with motions to intervene and *pro hac vice* under separate cover.

                                        Respectfully submitted,

                                        /s/ *Linda Carroll*

                                        Linda Carroll
                                        Attorney ID PA 35868
                                        Deputy Chief Counsel
                                        Pennsylvania Department of Banking and Securities
                                        17 North Second Street, Suite 1300
                                        Harrisburg, PA 17101
                                        licarroll@pa.gov
Dated: October 17, 2014                  717-705-2297

CERTIFICATE OF SERVICE

   I hereby certify that on  October 17, 2014  I filed the *Notice of Intent* of *the Pennsylvania Department of Banking and Securities to Assert Bank Examiner Privilege* with the Clerk of Court using CM/ECF which will send notification to the following:

| | |
|---|---|
| Norman M. Monhait, Esq.<br>Rosenthal, Monhait & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O Box 1070<br>919 Market St.<br>Wilmington, DE 19899-1070 | A. Zachary Naylor, Esq.<br>Chimicles & Tikellis, LLP<br>222 Delaware Ave., 11th Floor<br>P.O. Box 1035<br>Wilmington, DE 19899 |
| Thomas J. Allingham, II, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O .Box 636<br>Wilmington, DE 19899 | M. Duncan Grant, Esq.<br>Pepper Hamilton LLP<br>1313 Market St., Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| Jaclyn C. Levy, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Virginia A. Gibson, Esq.<br>Hogan Lovells US LLP<br>1835 Market St. 29th Fl.<br>Philadelphia, PA 19103 |
| David Wilks, Esq.<br>Wilks, Lukoff & Bracegirdle, LLC<br>1300 N. Grant Avenue, Suite 100<br>Wilmington, DE 19806 | Brian Michael Gottesman, Esq.<br>Berger Harris, LLP<br>1105 N. Market St., 11th Floor<br>Wilmington, DE 19801 |
| Christine S. Azur, Esq.<br>Labaton Sucharow LLP<br>300 Delaware Avenue, Suite 1225<br>Wilmington DE 19801 | Yvonne F. Mizusawa, Esq.<br>Board of Governors of the Federal Reserve System<br>20th and C Streets, N.W.<br>Washington, DC 20551 |

| | |
|---|---|
| Joseph C. Handlon<br>Jennifer R. Noel<br>Deputy Attorneys General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | Charles M. Oberly, III<br>United States Attorney<br>District of Delaware<br>1007 N. Orange St.<br>Suite 700<br>Wilmington, DE 19801 |

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Dated: October 17, 2014     /s/ *Jennifer R. Noel*
Jennifer R. Noel, DE Bar No. 3987
Joseph C. Handlon, DE Bar No. 3952
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, C600
Wilmington, DE  19801
(302) 577-8400

-and-

PENNSYLVANIA DEPARTMENT OF
BANKING AND SECURITIES

Linda Carroll, Deputy Chief Counsel
Attorney ID # PA 35868

Begene A. Bahl
Senior Deputy Chief Counsel
Attorney ID # PA 87803

17 North Second Street, Suite 1300
Harrisburg, PA  17101
(717) 787-1471