IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : : : : : : : : | Master File No. 10-cv-00990-SLR  (Securities Class Action)  Hon. Sue L. Robinson  Electronically Filed |

NOTICE OF INTENT OF THE STATE OF DELAWARE OFFICE OF THE STATE BANK COMMISSIONER TO ASSERT BANK EXAMINER PRIVILEGE

Pursuant to the parties' Joint Letter to the Court dated September 5, 2014 (Dkt #252), intervenor The State of Delaware Office of the State Bank Commissioner ("OSBC") hereby provides notice to the Court and the parties that the OSBC will assert the bank examiner privilege for documents designated as "OSBC" documents, either alone or jointly with another federal or state bank regulatory agency, on privilege logs provided by Defendants Wilmington Trust Corporation, Wilmington Trust Company, and KPMG LLC, on October 3, 2014.

The OSBC intends to assert bank examiner privileges over any examination report, or e-mail, letter, memoranda, report, or other document, that reveals content taken from the OSBC examination reports, whether quoted or unquoted, whether the examination report was prepared by OSBC alone or in concert with any other regulator. The OSBC does not intend to assert privilege over that portion of a document that reveals only the fact that an examination took place, or that is a mere mention or reference that a report was issued, if no content from the report is revealed.

1

          Respectfully submitted,

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

Dated: October 17, 2014          /s/ *Jennifer R. Noel*
          Jennifer R. Noel, DE Bar No. 3987
          Joseph C. Handlon, DE Bar No. 3952
          Deputy Attorney General
          Delaware Department of Justice
          820 N. French Street, C600
          Wilmington, DE 19801
          (302) 577-8400

CERTIFICATE OF SERVICE

       I hereby certify that on October 17, 2014 I filed the *Notice of Intent* of *the Delaware Department of Banking and Securities to Assert Bank Examiner Privilege* with the Clerk of Court using CM/ECF which will send notification to the following:

| | |
|---|---|
| Norman M. Monhait, Esq.<br>Rosenthal, Monhait & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O Box 1070<br>919 Market St.<br>Wilmington, DE 19899-1070 | A. Zachary Naylor, Esq.<br>Chimicles & Tikellis, LLP<br>222 Delaware Ave., 11th Floor<br>P.O. Box 1035<br>Wilmington, DE 19899 |
| Thomas J. Allingham, II, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O .Box 636<br>Wilmington, DE 19899 | M. Duncan Grant, Esq.<br>Pepper Hamilton LLP<br>1313 Market St., Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| Jaclyn C. Levy, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Virginia A. Gibson, Esq.<br>Hogan Lovells US LLP<br>1835 Market St. 29th Fl.<br>Philadelphia, PA 19103 |
| David Wilks, Esq.<br>Wilks, Lukoff & Bracegirdle, LLC<br>1300 N. Grant Avenue, Suite 100<br>Wilmington, DE 19806 | Brian Michael Gottesman, Esq.<br>Berger Harris, LLP<br>1105 N. Market St., 11th Floor<br>Wilmington, DE 19801 |
| Christine S. Azur, Esq.<br>Labaton Sucharow LLP<br>300 Delaware Avenue, Suite 1225<br>Wilmington DE 19801 | Yvonne F. Mizusawa, Esq.<br>Board of Governors of the Federal Reserve System<br>20th and C Streets, N.W.<br>Washington, DC 20551 |

| | |
|---|---|
| Joseph C. Handlon<br>Jennifer R. Noel<br>Deputy Attorneys General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801 | Charles M. Oberly, III<br>United States Attorney<br>District of Delaware<br>1007 N. Orange St.<br>Suite 700<br>Wilmington, DE 19801 |

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Dated: October 17, 2014

/s/ *Jennifer R. Noel*
Jennifer R. Noel, DE Bar No. 3987
Joseph C. Handlon, DE Bar No. 3952
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, C600
Wilmington, DE 19801
(302) 577-8400

-and-

PENNSYLVANIA DEPARTMENT OF
BANKING AND SECURITIES

Linda Carroll, Deputy Chief Counsel
Attorney ID # PA 35868

Begene A. Bahl
Senior Deputy Chief Counsel
Attorney ID # PA 87803

17 North Second Street, Suite 1300
Harrisburg, PA 17101
(717) 787-1471