**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                         )
IN RE WILMINGTON TRUST SECURITIES        )      Master File No. 10-cv-00990-SLR
LITIGATION                               )
                                         )      (Securities Class Action)
                                         )
                                         )      Hon. Sue L. Robinson
                                         )
This document relates to: ALL ACTIONS    )      ELECTRONICALLY FILED
                                         )
                                         )
-----------------------------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amanda-Jane Thomas, Esquire, Simpson Thacher & Bartlett, LLP, 425 Lexington Avenue, New York, New York, 10017, to represent defendants, J.P. Morgan Securities and Keefe, Bruyette & Woods, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By    */s/ Stephen C. Norman*
      Stephen C. Norman (No. 2686)
      Jaclyn Levy (No. 5631)
      Hercules Plaza, 6th Floor
      1313 North Market Street
      P. O. Box 951
      Wilmington, Delaware  19899-0951
      (302) 984-6000
      snorman@potteranderson.com
      jlevy@potteranderson.com

Dated:  October 17, 2014                *Attorneys for Defendants, J.P. Morgan*
                      *Securities and Keefe, Bruyette & Woods, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Amanda-Jane Thomas
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
(212) 455-2000

Date:  October 17, 2014
1169468

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2014, the within document was electronically filed

with the Clerk of the Court using CM-ECF which will send notification of such filing to the

following; that the document was served on the following counsel as indicated; and the

document is available for viewing and downloading from CM-ECF:

Pamela S. Tikellis, Esquire
A. Zachary Naylor, Esquire
Tiffany J. Cramer, Esquire
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., 11th Floor
P.O. Box 1035
Wilmington, DE 19899
*Counsel for Plaintiffs*

Thomas J. Allingham II, Esquire
Robert S. Saunders, Esquire
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
*Counsel for Defendants Wilmington Trust
Corporation, Ted T. Cecala, Donald E. Foley,
David R. Gibson, Robert V.A. Harra, Jr.,
Kevyn N. Rakowski, Carolyn S. Burger, R.
Keith Elliott, Gailen Krug, Stacey J. Mobley,
Michele M. Rollins, David P. Roelle, Oliver R.
Sockwell, Robert W. Tunnell, Jr., Susan D.
Whiting, Rex L. Mears, and Louis J. Freeh*

Virginia A. Gibson, Esquire
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA  19103
*Counsel for Defendant KPMG LLP*

Laura Davis Jones, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*Counsel for Defendant Thomas L. duPont*

David E. Wilks, Esquire
Andrea S. Brooks, Esquire
WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. Grant Avenue, Suite 100
Wilmington, DE  19806
*Counsel for Defendant William North*

_/s/ Jaclyn C. Levy_

Stephen C. Norman (No. 2686)
Jaclyn Levy (No. 5631)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
snorman@potteranderson.com
jlevy@potteranderson.com