UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File 10-cv-00990-SLR<br>(Securities Class Action) |
| This document relates to: ALL ACTIONS | |

**[PROPOSED] ORDER**

Upon consideration of Non-Party the Office of the Comptroller of the Currency to intervene for the limited purpose of opposing plaintiffs' Motion to Compel Production of Documents Withheld by Defendants Based on the Bank Examination Privilege, filed August 5, 2014, and based upon the entire record of these proceedings, it is, this 22nd day of Oct., 2014 hereby

**ORDERED** that the OCC's Motion to Intervene is **GRANTED.**

~~Sue L. Robinson~~ Sherry R. Fallon
United States ~~District Judge~~ Magistrate Judge