IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) Civ. No. 10-990-SLR/SRF<br>) (Securities Class Action) |

**ORDER**

At Wilmington this 2nd day of July, 2015, having conferred with counsel and with Magistrate Judge Fallon;

IT IS ORDERED that the above captioned litigation is hereby stayed (as explained below) until further order of the court, given the fact that the original scheduling order (D.I. 197) is no longer operable and that there are parallel proceedings which impact the instant litigation, both substantively and procedurally. The parties shall file status reports with both judicial officers on or before September 30, 2015. The court shall continue its efforts to resolve any outstanding matters, including class certification and privilege issues, so that any remaining discovery can be completed on an efficient basis once the stay is lifted.

Sue L. Robinson

United States District Judge