**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE WILMINGTON TRUST SECURITIES LITIGATION** | Master File No. 10-cv-00990-SLR-SLF |
| | (Securities Class Action) |
| | Hon. Sue L. Robinson |
| This document relates to: ALL ACTIONS | ELECTRONICALLY FILED |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S JULY 2, 2015 ORDER**

Lead Plaintiffs having moved the Court for an order clarifying that the Court's July 2, 2015 Order (D.I. 397) did not stay the completion of Defendants' document production in this action that is not currently the subject of a pending motion to compel, and the Court having considered the matter, IT IS HEREBY ORDERED this 3rd day of September, 2015, that:

1. The Court's July 2, 2015 Order does not stay the completion of document production that is not the subject of a pending motion to compel. (See D.I. 403 at 48-56)

**SO ORDERED:**

Sue L. Robinson
Hon. Sue L. Robinson
United States District Judge