IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) ) ) ) | Master Civ. No. 10-990-SLR (Consolidated Securities Class Action) |

**ORDER**

At Wilmington this 3rd day of September 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that lead plaintiffs' motion for certification (D.I. 259) is granted.

United States District Judge