IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: WILMINGTON TRUST SECURITIES LITIGATION | ) Civ. No. 10-990-SLR/SRF<br>) (Securities Class Action) |

# ORDER

At Wilmington this 13th day of October, 2015, having reviewed the status letters submitted by the parties, and having reflected on the most appropriate course for the instant litigation;

IT IS ORDERED, consistent with the suggestion made by Judge Fallon (D.I. 408, ex. A at 20), that the stay imposed by order dated July 2, 2015 (D.I. 397) is hereby lifted, except for the depositions of the six criminal defendants (and any individuals who may be indicted in the future, if any) which shall remain stayed pending the resolution of the criminal actions. Fact deposition discovery shall commence no later than November 1, 2015 and, absent agreement among the parties, shall conclude in 90 days.

United States District Judge