IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: WILMINGTON TRUST SECURITIES LITIGATION | ) Civ. No. 10-990-SLR/SRF<br>) (Consolidated Securities Class Action) |

**ORDER**

At Wilmington this 3rd day of November, 2015, having reviewed the motion to stay discovery filed by intervener United States of America, and plaintiffs' response thereto;

IT IS ORDERED that said motion (D.I. 415) is granted to accommodate the government's investigative needs. However, given the passage of time and the interests of the plaintiffs, on or before March 3, 2016, the parties shall file status reports (no longer than three pages in length) to apprise the court of whether the stay needs to remain in place.

Sue L. Robinson

United States District Judge