IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: WILMINGTON TRUST SECURITIES LITIGATION | ) Civ. No. 10-990-SLR/SRF<br>) (Consolidated Securities Class Action) |

**ORDER**

At Wilmington this 15th day of March, 2016, having granted the motion to stay filed by intervenor United States of America to accommodate the government's investigative needs; and having ordered the parties to submit status reports after the passage of four months to apprise the court of whether the stay was still necessary; and having reviewed said reports, including the supplemental status report filed by Lead Plaintiffs (which report was not contemplated by the court's November 3, 2015 order); and having determined that the government should also have the opportunity to respond to the status reports filed by the parties to the above captioned civil litigation;

IT IS ORDERED that the government may file a supplemental status report in response to the reports filed by the parties to the civil litigation (including the Lead Plaintiffs' supplemental report), which report shall be due on or before **April 1, 2016.** The court will not consider any further papers addressing the issue of whether the stay should continue in place.

Sue L. Robinson

United States District Judge