IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master Civ. No. 10-990<br><br>(Consolidated Securities Class Action) |

**ORDER**

At Wilmington this 12th day of September, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on August 16, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 459) is adopted.

2. Lead Plaintiffs' motion to compel (D.I. 233) is granted-in-part.

_____
United States District Judge