IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | ) ) | Civ. No. 10-990-SLR |

**ORDER**

At Wilmington this 19th day of December, 2016, having reviewed the pending motion for an order partially lifting the stay of fact discovery, and the papers filed in connection thereto;

IT IS ORDERED that said motion (D.I. 461) is granted in part and denied in part. More specifically, given the age of this civil litigation, the pace at which the criminal proceeding is progressing, and the interests of justice, the stay of fact discovery is lifted in its entirety. The parties shall confer in an attempt to reach agreement as to both a revised schedule and any anticipated protective order issues. Absent an agreed-upon schedule, the court shall conduct an in-person status conference on **January 19, 2017** at **4:30 p.m.** in courtroom 4B, Fourth Floor United States Courthouse, Wilmington, Delaware.

United States District Judge