IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: WILMINGTON TRUST SECURITIES LITIGATION | ) ) ) | Civ. No. 10-990-SLR (Securities Class Action) |

**ORDER**

At Wilmington this 30th day of May, 2017,

ORDERED that the above-captioned case be reassigned to the Honorable Gerald A. McHugh, United States District Judge, United States District Court for the Eastern District of Pennsylvania.

[signature]

LEONARD P. STARK, CHIEF JUDGE