IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master File No. 10-cv-00990-ER<br>(Securities Class Action)<br>Hon. Eduardo C. Robreno |
| This document relates to: ALL ACTIONS | ATTN: The Hon. Sherry R. Fallon |

**~~PROPOSED~~ ORDER**

And now, this 24 day of July, 2017, on consideration of the consent motion by the Board of Governors of the Federal Reserve System to correct the transcript of the hearing held June 14, 2017, it is ORDERED that the motion is granted, and that the transcript attached as Exhibit A to the motion be deemed the official transcript of the hearing insofar as it reflects Mr. Gelblum's statements.

[signature]
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
EDUARDO C. ROBRENO