**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-ER-SRF<br><br>(Securities Class Action)<br><br>Hon. Eduardo C. Robreno |

**MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and D. Del. L. R. 16.4, Defendants Robert Harra, David Gibson, Kevyn Rakowski, and William North move to amend the scheduling order. The grounds for this Motion are set forth in the Opening Brief in Support of Motion to Amend Scheduling Order being filed contemporaneously herewith.

**[SIGNATURES ON NEXT PAGE]**

ME1 26111073v.1

Dated: November 15, 2017

| | |
|---|---|
| **WILKS, LUKOFF & BRACEGIRDLE, LLC** | **MCCARTER & ENGLISH, LLP** |

*/s/ Samuel L. Moultrie*   /s/ Michael P. Kelly
David E. Wilks (No. 2793)
Andrea S. Brooks (No. 5064)
Samuel L. Moultrie (No. 5979)
R. Stokes Nolte (No. 2301)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Tel: 302-225-0805

Michael P. Kelly (No. 2295)
Steven P. Wood
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Tel: 302-984-6300
mkelly@mccarter.com
swood@mccarter.com

*Attorneys for Defendant William B. North*

OF COUNSEL:
Andrew M. Lawler (*admitted pro hac vice*)
Sharon D. Feldman (*admitted pro hac vice*)
ANDREW M. LAWLER, P.C.
641 Lexington Avenue
New York, NY 10022
Tel: 212-832-3160
alawler@amlpc.com
sfeldman@amlpc.com

**LAW OFFICE OF JOHN S. MALIK**

*/s/ John S. Malik*
John S. Malik (Bar No. 2320)
Attorney-at-Law
100 East 14th Street
Wilmington, Delaware 19801
Tel: (302) 427-2247
Cell: (302) 290-6427
Fax: (302) 427-2414
jmalik@malik-law.com

*Attorneys for Defendant Robert V. A. Harra*

**DALTON & ASSOCIATES, P.A.**

*/s/ Bartholomew J. Dalton*
Bartholomew J. Dalton (#808)
Andrew C. Dalton (#5878)
DALTON & ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
bdalton@bdaltonlaw.com
adalton@bdaltonlaw.com

OF COUNSEL:

PAUL HASTINGS LLP
Kenneth M. Breen (*admitted pro hac vice*)
Shahzeb Lari (*admitted pro hac vice*)
John P. Nowak (*admitted pro hac vice*)
Phara A. Guberman (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel.: (212) 318-6000
kennethbreen@paulhastings.com
shahzeblari@paulhastings.com
johnnowak@paulhastings.com
pharaguberman@paulhastings.com

Henry E. Klingeman (*admitted pro hac vice*)
Helen A. Nau (*admitted pro hac vice*)
KROVATIN KLINGEMAN LLC
60 Park Place, Suite 1100
Newark, NJ 07102
Tel.: (973) 424-9777
hklingeman@krovatin.com
hnau@krovatin.com

*Attorneys for Defendant David R. Gibson*

*Attorneys for Defendant Kevyn Rakowski*

ME1 26111073v.1