# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Master File No. 10-cv-00990-ER-SRF<br><br>(Securities Class Action)<br><br>Hon. Eduardo C. Robreno |

## MOTION TO AMEND SCHEDULING ORDER

Defendants Wilmington Trust Corporation, Ted Cecala, KPMG LLP, J.P. Morgan Securities LLC, Keefe, Bruyette & Woods, Inc., Carolyn Burger, R. Keith Elliott, Donald Foley, Louis Freeh, Gailen Krug, Rex Mears, Stacey Mobley, Michelle Rollins, Oliver Sockwell, Robert Tunnell, Jr., and Susan Whiting, by and through their undersigned counsel, join in and support the Motion to Amend Scheduling Order filed by Defendants Robert Harra, David Gibson, Kevyn Rakowski, and William North (D.I. 796-797), and incorporate the same herein by reference.[1]

**[SIGNATURES ON FOLLOWING PAGES]**

---

[1] Pursuant to D. Del. L. R. 7.1.1, counsel for Defendant Wilmington Trust Corporation, acting on behalf of all Defendants, met and conferred with counsel for Plaintiffs about this matter. Plaintiffs would not agree to the requested relief. Moreover, pursuant to D. Del. L. R. 16.4(b), counsel for Defendants certify that they have sent a copy of this Motion to their respective clients as of the date hereof.

Dated: November 16, 2017

**VENABLE LLP**

/s/ Daniel A. O'Brien
Jamie L. Edmonson (Bar No. 4247)
Daniel A. O'Brien (Bar No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
302-298-3535 (telephone)
302-298-3550 (facsimile)
jedmonson@venable.com
daobrien@venable.com

James A. Dunbar (*admitted pro hac vice*)
Daniel P. Moylan (*admitted pro hac vice*)
Matthew R. Alsip (*admitted pro hac vice*)
Jessica B. Wack (*admitted pro hac vice*)
Venable LLP
210 West Pennsylvania Avenue – Suite 500
Towson, Maryland 21204
410-494-6200 (telephone)
410-821-0147 (facsimile)
jadunbar@venable.com
dpmoylan@venable.com
mralsip@venable.com
jbwack@venable.com

**WILLIAMS & CONNOLLY LLP**

Tobin J. Romero (*admitted pro hac vice*)
Barry Simon (*admitted pro hac vice*)
Margaret A. Keeley (*admitted pro hac vice*)
Lance A. Wade (*admitted pro hac vice*)
725 Twelfth Street, N.W.
Washington, D.C. 20005
202-434-5000 (telephone)
tromero@wc.com
bsimon@wc.com
mkeeley@wc.com
lwade@wc.com

*Attorneys for Wilmington Trust Corporation*

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ John A. Sensing
Stephen C. Norman (Bar No. 2686)
John A. Sensing (Bar No. 5232)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com
jsensing@potteranderson.com

Thomas C. Rice (*admitted pro hac vice*)
Craig S. Waldman (*admitted pro hac vice*)
Sara A. Ricciardi (*admitted pro hac vice*)
Isaac M. Rethy (*admitted pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017
(212) 455-2000
trice@stblaw.com
cwaldman@stblaw.com
sricciardi@stblaw.com
irethy@stblaw.com

*Counsel for Defendants J.P. Morgan Securities LLC and Keefe, Bruyette & Woods, Inc.*

**HOGAN LOVELLS US LLP**

/s/ Virginia A. Gibson
Virginia A. Gibson (No. 3699)
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4635
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

George A. Salter (*admitted pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: george.salter@hoganlovells.com

<div style="display: flex;">

<div>

*Counsel for KPMG LLP*

**PEPPER HAMILTON LLP**

*/s/ Christopher B. Chuff*
M. Duncan Grant (Bar No. 2994)
Christopher B. Chuff (Bar No. 5729)
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Telephone: 302-777-6500
Fax: 302-421-8390
Email: grantm@pepperlaw.com
Email: chuffc@pepperlaw.com

Ivan B. Knauer (*admitted pro hac vice*)
Matthew D. Foster (*admitted pro hac vice*)
Pepper Hamilton LLP
Hamilton Square
600 14th Street, NW, Suite 500
Washington, DC 20005-2004
Telephone: 202-220-1200
Fax: 202-220-1665
Email: knaueri@pepperlaw.com
Email: fosterm@pepperlaw.com

*Attorneys for Independent Director Defendants Carolyn Burger, R. Keith Elliott, Donald Foley, Louis Freeh, Gailen Krug, Rex Mears, Stacey Mobley, Michelle Rollins, Oliver Sockwell, Robert Tunnell, Jr., and Susan Whiting*

</div>

<div>

**MORGAN LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Colm F. Connolly (#3151)
Jody C. Barillare (#5107)
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000
colm.connolly@morganlewis.com
jody.barillare@morganlewis.com

*Counsel for Defendant Ted T. Cecala*

</div>

</div>

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2017, I served a copy of the foregoing Motion to Amend Scheduling Order using the Court's CM/ECF system.

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (Bar No. 4897)