## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | : | Master Civ. No. 10-990 |
| IN RE WILMINGTON TRUST | : | |
| SECURITIES LITIGATION | : | (Consolidated Securities Class Action) |
| | : | |
| _____ | : | |

### ORDER

**AND NOW**, this **18th** day of **December, 2017**, upon consideration of the Defendant Wilmington Trust's motion for leave to file a reply regarding its objections to Magistrate Judge Fallon's September 19, 2017 memorandum order (ECF No. 792), it is hereby **ORDERED** that the motion is **DENIED**.[1]


                        **AND IT IS SO ORDERED.**


                                       _s/Eduardo C. Robreno_____
                                       **EDUARDO C. ROBRENO,  J.**

---

[1]     To the extent that Defendant Wilmington Trust wishes to request a modification of Magistrate Judge Fallon's September 19, 2017 order in light of new circumstances, such request should be directed to Magistrate Judge Fallon.