### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ | : | Master Civ. No. 10-990 |
| IN RE WILMINGTON TRUST | : |  |
| SECURITIES LITIGATION | : | (Consolidated Securities Class Action) |
|  | : |  |
| _____ | : |  |

### ORDER

**AND NOW**, this **18th** day of **December, 2017**, upon consideration of the Defendants' motions to amend the scheduling order (ECF Nos. 796 & 798), it is hereby **ORDERED** that the motions are **GRANTED**. The deadlines through summary judgment are amended as follows:

1. Parties with the burden of proof shall identify the subject of expert reports **by April 13, 2018**;

2. Service of expert witness report(s) for those subjects for which the party has the burden of proof shall be made **by May 29, 2018**;

3. Service of expert witness report(s) in response to the initial expert witness report(s) shall be made **by June 29, 2018**;

4. Close of expert discovery and completion of expert depositions **is July 31, 2018**;

5. Summary judgment motions are **due August 31, 2018**;

6. Oppositions to summary judgment motions are **due October 1, 2018**; and

7. Replies in support of summary judgment are **due October 31, 2018**.

**Any further requests for deadline extensions are strongly discouraged.**

AND IT IS SO ORDERED.

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO,  J.**