## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : : : : : | Master Civ. No. 10-990<br><br>(Consolidated Securities Class Action) |

### ORDER

**AND NOW**, this **12th** day of **January, 2018**, upon consideration of the Defendant Wilmington Trust's objections (ECF No. 790) to Magistrate Judge Fallon's September 19, 2017 memorandum order (ECF No. 785) and the response of the Board of Governors of the Federal Reserve System (ECF No. 791), it is hereby **ORDERED** that the objections are **OVERRULED**.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] Based on the record before Magistrate Judge Fallon, the Court holds that the conclusions she reached in her September 19, 2017 order were not clearly erroneous.

The Court understands that events occurring after Magistrate Judge Fallon entered her order may have potential impact upon the ruling. However, as stated in this Court's December 18, 2017 order denying Wilmington Trust's motion for leave to file a reply (ECF No. 804), "[t]o the extent that Defendant Wilmington Trust wishes to request a modification of Magistrate Judge Fallon's September 19, 2017 order in light of new circumstances, such request should be directed to Magistrate Judge Fallon."