# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | Master Civ. No. 10-990<br><br>(Consolidated Securities Class Action) |

## ORDER

**AND NOW**, this **31st** day of **May, 2018**, it is hereby **ORDERED** that a hearing on "Lead Plaintiff's Unopposed Motion for (I) Preliminary Approval of Settlements and (II) Approval of Notice to the Class" (ECF No. 821) is scheduled for **Monday, July 2, 2018 at 2:00 p.m. in Courtroom 15A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.