IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE WILMINGTON TRUST SECURITIES LITIGATION | : Master Civ. No. 10-990<br>:<br>: (Consolidated Securities Class Action)<br>:<br>: |

### ORDER

**AND NOW**, this **7th** day of **September, 2018**, in light of this Court's preliminary approval of the class action settlement, it is hereby **ORDERED** that the Motion for Modification of September 19, 2017 Memorandum Order in Light of New Circumstances (ECF No. 811) and Motion for Leave to File a Response (ECF No. 817) are **DENIED as moot.**

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.